# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ya Ya Creations, Inc.<br>Plaintiff(s)<br>v.<br>Opulent Treasures, Inc., et al.<br>Defendant(s) | CASE NUMBER<br>2:22-cv-06137-SSS-JC<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

Opulent Treasures, Inc.   ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute John van Loben Sels who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

400 Main Street, Suite 250
*Street Address*

Los Altos, CA 94022                                              jvanlobensels@thoits.com
*City, State, Zip*                                                      *E-Mail Address*

(6500 327-4200               (650) 325-5572                 201354
*Telephone Number*           *Fax Number*                 *State Bar Number*

as attorney of record instead of Matthew J. Dalton
*List **all** attorneys from same firm or agency who are withdrawing.*

_____

_____

**is hereby**   ☐ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____                        _____
                                                                                       U. S. District Judge/U.S. Magistrate Judge