BOIES SCHILLER FLEXNER LLP
John J. Kucera (State Bar No. 274184)
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (213) 629-9040

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YA YA CREATIONS, INC., <br><br> Plaintiff(s) <br><br> v. <br><br> OPULENT TREASURES, INC., et al. <br><br> Defendant(s). | CASE NUMBER: <br><br> 2:22-cv-06137-SSS-JCx <br> (Lead case: 2:22-cv-02616-SSS-JCx) <br><br> **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |

NOTE: *This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.*

**CHECK ONLY ONE BOX:**

☑ The parties stipulate that _____Judge Frederick Mumm_____ may serve as the Panel Mediator in the above-captioned case. _____Defendant_____ (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three hours. All parties and the Panel Mediator have agreed that the mediation will be held on _____July 10, 2024_____ (Date) and counsel will submit mediation statements seven calendar days before the session.

☐ The parties request that ADR Program staff assign a Panel Mediator with expertise in the following area of law: _____

Dated: June 25, 2024

Attorney For Plaintiff   Ya Ya Creations, Inc.

Dated: June 24, 2024

Attorney For Plaintiff   Opulent Treasures, Inc.
and Counter-Defendant

Dated: June 25, 2024

Attorney For Defendant   Ya Ya Logistics, Inc.
and Counterclaim Plaintiff

Dated: 6/25/24

Attorney For Defendant   Balsa Circle, LLC

*Please attach additional sheets if needed to record all signatories, then file electronically using one of two events: "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Consent) - (ADR-2)" or "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Assigned) - (ADR-2)."*

ADR-02 (01/23)   STIPULATION REGARDING SELECTION OF PANEL MEDIATOR