UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-06137-SSS-JCx | Date | August 22, 2024 |
| Title | Ya Ya Creations, Inc. v. Opulent Treasures, Inc., et al. | | |

Present: The Honorable   SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):
None Present   None Present

**Proceedings:   (IN CHAMBERS) ORDER STRIKING REQUESTS FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL RECORD [DKT. 115]**

Defendant's current counsel, John van Loben Sels of Jeffer Mangels Butler and Mitchell LLP, requests leave to withdraw as counsel of record. [Dkt. 115]. Sels represents in the notice page of the request that Defendants will be represented by John Kucera of Boies Schiller Flexner LLP. [*Id.* at 2]. Although Sels signed the form, it was not signed by Kucera or Opulent Treasures, Inc. [*See id.*].

Accordingly, the Court **STRIKES** the request. If Sels intends to file an additional request, that request must be signed by the withdrawing attorney, substituting attorney, and the client. Moreover, the request must be accompanied with the (Proposed) Order on Request for Approval of Substitution or Withdrawal of Attorney (G-01 Order Form). Failure to comply with these requirements will result in the request being stricken.

**IT IS SO ORDERED.**