UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPULENT TREASURES, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>YA YA CREATIONS, INC., BALSA CIRCLE, LLC, LEILANI WHOLESALE, CHAIR COVER FACTORY, INC., AND CHICAGO CHAIR COVERS, INC.<br><br>    Defendants. | Consolidated Case Nos.:<br>   2:22-cv-02616-SSS-JC and<br>   2:22-cv-06137-SSS-JC<br><br>**JOINT STATUS REPORT ON SETTLEMENT**<br><br>Pretrial Conference: September 6, 2024<br>Trial Date: September 23, 2024 |
| YA YA CREATIONS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>OPULENT TREASURES, INC.,<br><br>    Defendant. | |
| OPULENT TREASURES, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>YA YA LOGISTICS, INC., et al.,<br><br>    Defendants. | |

1  Pursuant to the Court's August 30, 2024 Order (Dkt. 57) Opulent Treasures,
2  Inc. ("Opulent Treasures"), Ya Ya Creations, Inc. ("Ya Ya Creations"), Ya Ya
3  Logistics, Inc. ("Ya Ya Logistics"), and Balsa Circle, LLC ("Balsa") hereby
4  submit the following Joint Status Report on Settlement.
5  On September 3, 2024, Opulent Treasures' counsel notified Counsel for Ya
6  Ya Creations and Ya Ya Logistics that Boies Schiller Flexner LLP "will be moving
7  to withdraw due to an unwaivable conflict." The parties have no further
8  information regarding the status of settlement discussions, or which claims and
9  defenses remain in the consolidated cases.

Respectfully submitted:

Date: September 4, 2024               BOIES SCHILLER FLEXNER LLP

                                      By: _/s/ John Kucera_____
                                          John Kucera
                                          2029 Century Park East, Suite 1520
                                          Los Angeles, California 90067
                                          Telephone: (213) 629-9040
                                          Email: jkucera@bsfllp.com
                                          Attorney for Plaintiff
                                          OPULENT TREASURES, INC.


Date: September 4, 2024               KARISH & BJORGUM, PC

                                      By: _/s/ Marc Karish_____
                                          Marc A. Karish
                                          119 E. Union Street, Suite B
                                          Pasadena, CA 91103
                                          Telephone: (213) 791-2602
                                          Email: marc.karish@kb-ip.com
                                          Attorneys for Defendants

Date: September 4, 2024         YA YA CREATIONS, INC. and
                                YA YA LOGISTICS, INC.

                                LAW OFFICE OF DAVID ALAN COOPER

                                By: _/s/ David Cooper_____
                                    David Alan Cooper (SBN 190203)
                                    449 West Foothill Blvd., #511
                                    Glendora CA 91741
                                    Telephone: (818) 416-9867
                                    Email: DavidAlanCooper@AOL.com
                                    Attorney for Defendant
                                    BALSA CIRCLE, LLC