1  **BOIES SCHILLER FLEXNER LLP**
2  John Kucera (SBN 274184)
   jkucera@bsfllp.com
3  Simon P. Leen (SBN 332033)
   sleen@bsfllp.com
4  Joshua Yaw Foli Quaye (SBN 325480)
5  jquaye@bsfllp.com
   Samantha Parrish (SBN 318681)
6  sparrish@bsfllp.com
7  2029 Century Park East, Suite 1520
   Los Angeles, California 90067
8  Telephone:  (213) 629-9040
9  Facsimile:   (213) 629-9022
   Sean P. Rodriguez (SBN 262437)
10 srodriguez@bsfllp.com
11 44 Montgomery Street, 41st Floor
   San Francisco, California 94104
12 Telephone:  (415) 293-6800
13 Facsimile:   (415) 293-6899

14
   *Attorneys for Plaintiff and Counter-Defendant*
15 *OPULENT TREASURES, INC.*

16
                **UNITED STATES DISTRICT COURT**
17
              **CENTRAL DISTRICT OF CALIFORNIA**
18

| 19 | YA YA CREATIONS, INC., | Case No. 2:22-cv-06137-SSS-JC |
|---|---|---|
| 20 | Plaintiff, | *[Consolidated with No. 23-04292]* |
| 21 | v. | |
| 22 | OPULENT TREASURES, INC., | **PROOF OF SERVICE** |
| 23 | Defendant. | |
| 24 | OPULENT TREASURES, INC., | Judge:      Hon. Sunshine S. Sykes |
|  | Plaintiff, | Courtroom:  2 |
| 25 | v. | |
| 26 | YA YA LOGISTICS, INC., | |
| 27 | Defendant. | |
| 28 | | |

1

PLEASE TAKE NOTICE that Plaintiff and Counter-Defendant Opulent Treasures, Inc. ("Opulent") hereby files the attached Proof of Service for the following documents:

1. Notice of Motion and Motion to Withdraw as Counsel for Plaintiff and Counter-Defendant Opulent Treasures, Inc. ("Motion to Withdraw");

2. Minutes of Status Conference dated September 6, 2024, notifying Opulent of the rescheduled hearing on the Motion to Withdraw, filed in Case No. 22-cv-02616; and

3. Minutes of Status Conference dated September 6, 2024, notifying Opulent of the rescheduled hearing to October 8, 2024, at 8:30 a.m. on the Motion to Withdraw, filed in the instant matter.

Dated:  September 12, 2024                     Respectfully submitted,

By:  /s/ John Kucera
     John Kucera

     BOIES SCHILLER FLEXNER LLP
     John Kucera (SBN 274184)
     jkucera@bsfllp.com
     Simon P. Leen (SBN 332033)
     sleen@bsfllp.com
     Joshua Yaw Foli Quaye (SBN 325480)
     jquaye@bsfllp.com
     Samantha Parrish (SBN 318681)
     sparrish@bsfllp.com
     2029 Century Park East, Suite 1520
     Los Angeles, California 90067

     Sean P. Rodriguez (SBN 262437)
     srodriguez@bsfllp.com
     44 Montgomery Street, 41st Floor
     San Francisco, California 94104

     Attorneys for Plaintiff and Counter-Defendant OPULENT TREASURES, INC.

PROOF OF SERVICE

**PROOF OF SERVICE**
**Opulent Treasures, Inc. v. Ya Ya Creations, Inc.**
**Ya Ya Creations, Inc. v. Opulent Treasures, Inc., et al.**
**Case No.: 2:22-cv-06137-SSS (JCx)**

I am a citizen of the United States and employed in the County of Los Angeles, State of California. At the time of service, I was over 18 years of age and not a party to this action. My business address is 2029 Century Park East, Suite 1520, Los Angeles, CA 90067.

On September 9, 2024, I caused to be served true copies of the following document(s) described as:

1. **NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF AND COUNTER-DEFENDANT OPULENT TREASURES, INC., DECLARATION OF JOHN J. KUCERA, and [PROPOSED] ORDER**
2. **MINUTES OF STATUS CONFERENCE DATED SEPTEMBER 6, 2024, ENTERED IN 2:22-CV-02616**
3. **MINUTES OF STATUS CONFERENCE DATED SEPTEMBER 6, 2024, ENTERED IN 2:22-CV-06137**

☒ **BY ELECTRONIC MAIL:** By electronic mail transmission from ksor@bsfllp.com, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address(es) listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

| | |
|---|---|
| **OPULENT TREASURES, INC.**<br>R/A John Van Lobel Sels<br>Jvanlobensels@jmbm.com | **OPULENT TREASURES, INC.**<br>c/o Carol Wilson<br>Carol@opulenttreasures.com |

☒ **BY U.S. MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

| | |
|---|---|
| **OPULENT TREASURES, INC.**<br>R/A John Van Lobel Sels<br>2 Embarcadero Center, 5th Floor<br>San Francisco, CA 94111 | **OPULENT TREASURES, INC.**<br>129 Lomita Street<br>El Segundo, CA 90245 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 9, 2024, at Los Angeles, California.

_____
Krystie Sor

1

PROOF OF SERVICE                                          2:22-cv-06137-SSS (JCx)