Marc A. Karish (State Bar No. 205440)
marc.karish@kb-ip.com
Bruce G. Chapman (SBN 164258)
bruce.g.chapman@kb-ip.com
KARISH & BJORGUM, PC
119 E. Union Street, Suite B
Pasadena, CA 91103
Telephone: (213) 785-8070
Facsimile: (213) 995-5010

Attorneys for Plaintiff
YA YA CREATIONS, INC. and
Defendant YA YA LOGISTICS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YA YA CREATIONS, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>OPULENT TREASURES, INC.,<br><br>  Defendants.<br><hr>OPULENT TREASURES, INC.<br><br>  Plaintiff,<br><br>  v.<br><br>YA YA LOGISTICS, INC.,<br><br>  Defendants. | Case No. 2:22-cv-6137-SSS-JC<br><br>*Consolidated with Case No. 2:22-cv-02616*<br><br>**YA YA CREATIONS, INC.'S AND YA YA LOGISTICS, INC.'S CONDITIONAL NON-OPPOSITION TO BOIES SCHILLER FLEXNER LLP'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF AND COUNTER-DEFENDANT OPULENT TREASURES, INC.**<br><br>Date: October 8, 2024<br>Time: 8:30 am<br>Courtroom: 2 (Judge Sykes) |

Should the Court conclude that Boies Schiller Flexner LLP has an unwaivable conflict, then Ya Ya Creations, Inc. and Ya Ya Logistics, Inc. do not oppose the granting of BSF LLP's motion.

Respectfully submitted:

Dated: September 17, 2024     KARISH & BJORGUM, PC


By: /s/ Marc A. Karish
         Marc A. Karish

Attorneys for Plaintiff
YA YA CREATIONS, INC. and
Defendant YA YA LOGISTICS, INC.

## CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Ya Ya Creations, Inc. and Ya Ya Logistics, Inc., hereby certifies that this brief contains <u>32</u> words, which complies with the word limit of L.R. 11-6.1

Dated: September 17, 2024            Respectfully submitted,

**KARISH & BJORGUM, PC**

By:  <u>/s/Marc Karish</u>
      Marc A. Karish

**CERTIFICATE OF SERVICE**

A copy of Ya Ya Creations, Inc.'s and Ya Ya Logistics, Inc.'s Conditional Non-Opposition to Boies Schiller Flexner LLP's Motion To Withdraw As Counsel For Plaintiff And Counter-Defendant Opulent Treasures, Inc. was served upon the parties to this matter via the Court's CM/ECF system and via email on September 17, 2024.

/s/ Marc A. Karish