Marc A. Karish (State Bar No. 205440)
marc.karish@kb-ip.com
Bruce G. Chapman (SBN 164258)
bruce.g.chapman@kb-ip.com
KARISH & BJORGUM, PC
119 E. Union Street, Suite B
Pasadena, CA 91103
Telephone: (213) 785-8070
Facsimile: (213) 995-5010

Attorneys for Plaintiff
YA YA CREATIONS, INC. and
Defendant YA YA LOGISTICS, INC.

*(Counsel continued on next page)*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YA YA CREATIONS, INC., | Case No. 2:22-cv-6137-SSS-JC |
| Plaintiff, | *Consolidated with Case No. 2:22-cv-02616* |
| v. | **JOINT STIPULATION TO FILE UNDER SEAL LETTER FROM CAROL WILSON (DOCKET NUMBER 131 IN CASE NO. 2:22-CV-6137)** |
| OPULENT TREASURES, INC., | |
| Defendants. | |
| OPULENT TREASURES, INC. | Date:  October 8, 2024 |
| Plaintiff, | Time:  8:30 am |
| v. | Courtroom: 2 (Judge Sykes) |
| YA YA LOGISTICS, INC., | |
| Defendants. | |

BOIES SCHILLER FLEXNER LLP
John Kucera (SBN 274184)
jkucera@bsfllp.com
Simon P. Leen (SBN 332033)
sleen@bsfllp.com
Joshua Yaw Foli Quaye (SBN 325480)
jquaye@bsfllp.com
Samantha Parrish (SBN 318681)
sparrish@bsfllp.com
2029 Century Park East, Suite 1520
Los Angeles, California 90067
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Sean P. Rodriguez (SBN 262437)
srodriguez@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, California 94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

Attorneys for Plaintiff and Counter-Defendant
OPULENT TREASURES, INC.

Opulent Treasures, Inc., Ya Ya Creations, Inc. and Ya Ya Logistics, Inc. hereby submit the following Joint Stipulation to seal the previously filed letter of Carol Wilson, filed as Docket Number 131 in Case No. 2:22-cv-6137, on the basis that the letter is replete with highly confidential settlement discussions and trade secret information that was provided pursuant to a protective order.

For example, the entirety of page 3 of the letter is a detailed summary of several confidential settlement hearings between the parties. Page 3 lists confidential sales, profit and settlement offer information all of which were provided pursuant to a protective order and which need to be filed under seal to protect the parties. Sales and profit information is repeated on page 5 as well as references to a confidential expert report of Shelly Irvine. The report of Ms. Irvine was designated as confidential because the report relied on trade secret sales and profit information of Ya Ya Creations, Inc. that was produced as confidential pursuant to the protective order entered in consolidated case 2:22-cv-02616.

Accordingly, the parties jointly request that Docket Number 131 in Case No. 2:22-cv-6137 be removed from the public record and placed under seal.


Respectfully submitted:


Date: October 3, 2024              BOIES SCHILLER FLEXNER LLP


                                   By: __/John Kucera/_____
                                         John Kucera
                                         2029 Century Park East, Suite 1520
                                         Los Angeles, California 90067
                                         Telephone: (213) 629-9040
                                         Email: jkucera@bsfllp.com
                                         Attorney for Plaintiff
                                         OPULENT TREASURES, INC.

1   Date: October 3, 2024          KARISH & BJORGUM, PC

2

3                           By:   */Marc Karish/*

4                               Marc A. Karish

5                               119 E. Union Street, Suite B

6                               Pasadena, CA 91103

                                 Telephone: (213) 791-2602

7                               Email: marc.karish@kb-ip.com

8                               Attorneys for Defendants

                                 YA YA CREATIONS, INC. and

9                               YA YA LOGISTICS, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

A copy of the Joint Stipulation to File Under Seal Letter From Carol Wilson (Docket Number 131 in Case No. 2:22-cv-6137) was served upon the parties to this matter via the Court's CM/ECF system and via email on October 3, 2024.

*/s/ Marc A. Karish*