# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YA YA CREATIONS, INC.<br><br>Plaintiff(s),<br><br>v.<br><br>OPULENT TREASURES, INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:22−cv−06137−SSS−JC<br><br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| __10/3/2024__ | __133__ | __Joint Stipulation__ |
|---|---|---|
| Date Filed | Document. No. | Title of Document. |

**IT IS HEREBY ORDERED:**

     Counsel is DIRECTED to L .R. 7−1. Pursuant to L.R. 5−4.4.1, counsel is further DIRECTED to electronically lodge the proposed order, as an attachment to a Notice of Lodging, no later than noon on October 11, 2024. Counsel is reminded to comply with L.R. 5−4.4.1 and L.R. 5−4.4.2. Failure to comply with the Court's Order will result in the stipulation being STRICKEN.

DATED: October 8, 2024                           _/s/ Sunshine Suzanne Sykes_
                                                       United States District Judge