1 | **BOIES SCHILLER FLEXNER LLP**
2 | John Kucera (SBN 274184)
  | jkucera@bsfllp.com
3 | Simon P. Leen (SBN 332033)
4 | sleen@bsfllp.com
  | Joshua Yaw Foli Quaye (SBN 325480)
5 | jquaye@bsfllp.com
6 | Samantha Parrish (SBN 318681)
  | sparrish@bsfllp.com
7 | 2029 Century Park East, Suite 1520
8 | Los Angeles, California 90067
  | Telephone:  (213) 629-9040
9 | Facsimile:  (213) 629-9022

10 | Sean P. Rodriguez (SBN 262437)
11 | srodriguez@bsfllp.com
   | 44 Montgomery Street, 41st Floor
12 | San Francisco, California 94104
13 | Telephone:  (415) 293-6800
   | Facsimile:  (415) 293-6899

14
   | *Attorneys for Plaintiff and Counter-Defendant*
15 | *OPULENT TREASURES, INC.*

16 | **UNITED STATES DISTRICT COURT**
17
   | **CENTRAL DISTRICT OF CALIFORNIA**
18

| | |
|---|---|
| YA YA CREATIONS, INC., | Case No. 2:22-cv-06137-SSS-JC |
| Plaintiff, | *[Consolidated with No. 23-04292]* |
| v. | **DECLARATION OF JOHN J. KUCERA IN SUPPORT OF MOTION TO AMEND DECLARATION AND PROPOSED ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |
| OPULENT TREASURES, INC., | |
| Defendant. | |
| OPULENT TREASURES, INC., | |
| Plaintiff, | |
| v. | |
| YA YA LOGISTICS, INC., | |
| Defendant. | |

DECLARATION IN SUPPORT OF MOTION TO AMEND DECLARATION AND PROPOSED
ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL
Case No. 2:22-cv-06137-SSS-JC

I, John J. Kucera, declare as follows:

1. I am a partner with BOIES SCHILLER FLEXNER LLP ("BSF"), and my firm represents Opulent Treasures, Inc. ("Opulent") in this matter. I make this declaration in support of BSF's Motion to Amend Declaration and Proposed Order Granting Motion to Withdraw as Counsel.

2. On August 29, 2022, a complaint was filed that initiated this matter between Opulent and Ya Ya Logistics, Inc. ("Ya Ya"). (ECF No. 1). On June 21, 2023, Opulent entered into an engagement agreement with BSF to represent Opulent in this matter, and on July 28, 2023, BSF made its first appearance as attorneys of record for Opulent (ECF No. 49, 50, and 51).

3. Since first appearing, BSF has represented Opulent in various hearings and motions, including summary judgment motions (both affirmative and defensive). (ECF Nos. 53, 59, 65, 71, 72, 87, and 88). At present, trial in this case is set to begin on September 23, 2024. (ECF No. 57)

4. On July 10, 2024, Opulent and Ya Ya engaged in mediation before the Honorable Frederick F. Mumm, United States Magistrate Judge (Ret.), but that mediation did not result in a resolution of this case. (ECF No. 57).

5. On July 16, 2024, counsel for Ya Ya contacted BSF to request that Opulent stipulate to request a continuance of the trial to a date in December 2024.

6. Following Ya Ya's request to stipulate to continue the trial date, and notwithstanding the unsuccessful mediation, the parties resumed settlement discussions. Thereafter, following negotiations, on August 9, 2024, the parties filed a "Joint Status Report on Settlement" and notified the Court that the parties had reached an agreement in principle. (ECF No. 113).

7. After filing the Joint Status Report on Settlement, a conflict arose between BSF and Opulent, and BSF advised Opulent of such conflict.

8. After consulting with attorneys within BSF regarding the nature of the

2

DECLARATION IN SUPPORT OF MOTION TO AMEND DECLARATION AND PROPOSED ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL
Case No. 2:22-cv-06137-SSS-JC

1  conflict and whether such conflict could be waived, BSF concluded that the nature of the conflict mandated that BSF withdraw from representing Opulent pursuant to the relevant California Rules of Professional Conduct (the "California Ethics Rules").

9. Thereafter, BSF advised Opulent of its conclusion that the California Ethics Rules mandated that BSF withdraw from representing Opulent.

10. Following this, in order to confirm BSF's conclusion that the California Ethics Rules mandate that BSF withdraw from representing Opulent, BSF consulted with the California State Bar "Ethics Hotline" and engaged in a preliminary consultation with independent outside ethics counsel.

11. Prior to BSF informing Opulent of its intent to withdraw, BSF took steps to avoid or minimize any prejudice to Opulent and Ya Ya. On September 3, 2024, BSF advised counsel for Ya Ya Logistics, of BSF's intent to move to withdraw.

Executed on October 9, 2024, at Los Angeles, California.

*/s/ John J. Kucera*
John J. Kucera