John J. Kucera (SBN 274184)
jkucera@bsfllp.com
2029 Century Park East, Suite 1520
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| YA YA CREATIONS, INC.<br><br>PLAINTIFF(S)<br><br>v.<br><br>OPULENT TREASURES, INC.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:22-cv-06137-SSS(JCx)<br><br>**NOTICE OF MANUAL FILING OR LODGING** |
|---|---|

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed  ☑ Lodged:  **(List Documents)**

1. Amended Declaration of John J. Kucera in Support of Motion to Withdraw as Counsel
2. Amended Proposed Order Granting Motion to Withdraw as Counsel

**Reason:**
☐ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☑ Other:

Per Judge Sykes' Civil Standing Order Section VII (A)(B)

10/9/2024
Date

John J. Kucera
Attorney Name

Opulent Treasures, Inc.
Party Represented

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)  NOTICE OF MANUAL FILING OR LODGING