UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-06137-SSS-JCx | Date | October 17, 2024 |
| Title | Ya Ya Creations, Inc. v. Opulent Treasures, Inc. | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER DENYING YA YA CREATIONS, INC.'S MOTION FOR SUMMARY JUDGMENT [DKT. 86]**

Before the Court is Ya Ya Creation, Inc.'s ("Ya Ya's") Motion for Summary Judgment (the "Motion"). [Dkt. 86]. In review of the record in this case, the Court **DENIES WITHOUT PREJUDICE** Ya Ya's Motion.

After the Court took this matter under submission, parties filed a joint status report stating they reached an "agreement in principle." [Dkts. 100, 113]. Settlement discussions were paused following Opulent Treasures, Inc.'s counsel request for withdrawal. [Dkt. 115]. On October 8, 2024, this Court granted counsel's request. [Dkt. 137]. The Court ordered parties to file a joint status report on or before December 2, 2024 addressing the status of parties' revived settlement efforts. [*Id.*].

In light of a potential settlement, this Court **DENIES WITHOUT PREJUDICE** Ya Ya's Motion. If this case does not settle, Ya Ya may refile its Motion in compliance with this Court's Civil Standing Orders. [Dkt. 12 at 16].

**IT IS SO ORDERED.**