1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| YA YA CREATIONS, INC., | Case No. 2:22-cv-06137-SSS-JCx |
| Plaintiff, | Case No. 2:22-cv-02616-SSS-JCx |
| v. | *[Consolidated with No. 23-04292]* |
| OPULENT TREASURES, INC., | **ORDER GRANTING MOTION TO AMEND DECLARATION AND ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL [DKT. 125]** |
| Defendant. | |
| OPULENT TREASURES, INC., | |
| Plaintiff, | |
| v. | |
| YA YA LOGISTICS, INC., | |
| Defendant. | |

1 **GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED**
2 that BOIES SCHILLER FLEXNER LLP's Motion to Amend Declaration and
3 Proposed Order Granting Motion to Withdraw as Counsel is **GRANTED**.
4     The Court directs the Clerk to update the docket accordingly, specifically
5 with Opulent Treasures, Inc.'s address as follows:

OPULENT TREASURES, INC.
R/A John Van Lobel Sels
2 Embarcadero Center, 5th Floor
San Francisco, CA 94111

OPULENT TREASURES, INC.
129 Lomita Street
El Segundo, CA 90245

**IT IS SO ORDERED**.

Dated: October 21, 2024

Honorable Sunshine S. Sykes
United States District Judge