**BOIES SCHILLER FLEXNER LLP**
John Kucera (SBN 274184)
jkucera@bsfllp.com
Simon P. Leen (SBN 332033)
sleen@bsfllp.com
Joshua Yaw Foli Quaye (SBN 325480)
jquaye@bsfllp.com
Samantha Parrish (SBN 318681)
sparrish@bsfllp.com
2029 Century Park East, Suite 1520
Los Angeles, California 90067
Telephone:  (213) 629-9040
Facsimile:   (213) 629-9022
Sean P. Rodriguez (SBN 262437)
srodriguez@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, California 94104
Telephone:  (415) 293-6800
Facsimile:   (415) 293-6899

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YA YA CREATIONS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>OPULENT TREASURES, INC.,<br><br>    Defendant. | Case No. 2:22-cv-06137-SSS-JC<br>*[Consolidated with No. 23-04292]*<br><br>**PROOF OF SERVICE**<br><br>Judge:         Hon. Sunshine S. Sykes<br>Courtroom:  2 |
| OPULENT TREASURES, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>YA YA LOGISTICS, INC.,<br><br>    Defendant. | |

PLEASE TAKE NOTICE that non-party BOIES SCHILLER FLEXNER LLP ("BSF") hereby files the attached Proof of Service for the following documents:

1. Court's Order dated October 21, 2024, granting BSF's Motion to Withdraw as Counsel.

Dated:  October 22, 2024                    Respectfully submitted,

By:  /s/ *John Kucera*
John Kucera

BOIES SCHILLER FLEXNER LLP
John Kucera (SBN 274184)
jkucera@bsfllp.com
Simon P. Leen (SBN 332033)
sleen@bsfllp.com
Joshua Yaw Foli Quaye (SBN 325480)
jquaye@bsfllp.com
Samantha Parrish (SBN 318681)
sparrish@bsfllp.com
2029 Century Park East, Suite 1520
Los Angeles, California 90067

Sean P. Rodriguez (SBN 262437)
srodriguez@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, California 94104

**PROOF OF SERVICE**
**Opulent Treasures, Inc. v. Ya Ya Creations, Inc.**
**Ya Ya Creations, Inc. v. Opulent Treasures, Inc., et al.**
**Case No.: 2:22-cv-06137-SSS (JCx)**

I am a citizen of the United States and employed in the County of Los Angeles, State of California. At the time of service, I was over 18 years of age and not a party to this action. My business address is 2029 Century Park East, Suite 1520, Los Angeles, CA 90067.

On October 22, 2024, I caused to be served true copies of the following document(s) described as:

**COURT'S ORDER DATED OCTOBER 21, 2024, GRANTING BSF'S MOTION TO WITHDRAW AS COUNSEL**

☒ **BY ELECTRONIC MAIL:** By electronic mail transmission from ksor@bsfllp.com, by transmitting a PDF format copy of such document(s) to each such person at the e-mail address(es) listed below their address(es). The document(s) was/were transmitted by electronic transmission and such transmission was reported as complete and without error.

| OPULENT TREASURES, INC. | OPULENT TREASURES, INC. |
|---|---|
| R/A John Van Lobel Sels | c/o Carol Wilson |
| Jvanlobensels@jmbm.com | Carol@opulenttreasures.com |

☒ **BY U.S. MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

| OPULENT TREASURES, INC. | OPULENT TREASURES, INC. |
|---|---|
| R/A John Van Lobel Sels | 129 Lomita Street |
| 2 Embarcadero Center, 5th Floor | El Segundo, CA 90245 |
| San Francisco, CA 94111 | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 22, 2024, at Los Angeles, California.

Krystie Sor