Marc A. Karish (State Bar No. 205440)
marc.karish@kb-ip.com
Bruce G. Chapman (SBN 164258)
bruce.g.chapman@kb-ip.com
KARISH & BJORGUM, PC
119 E. Union Street, Suite B
Pasadena, CA 91103
Telephone: (213) 785-8070
Facsimile: (213) 995-5010

Attorneys for Plaintiff
YA YA CREATIONS, INC. and
Defendant YA YA LOGISTICS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YA YA CREATIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>OPULENT TREASURES, INC.,<br><br>Defendants. | Case No. 2:22-cv-6137-SSS-JC<br><br>*Consolidated with Case No. 2:22-cv-02616*<br><br>**YA YA CREATIONS, INC.'S AND YA YA LOGISTICS, INC.'S STATUS REPORT**<br><br>Date:  December 6, 2024<br>Time:  1:00 pm<br>Courtroom: 2 (Judge Sykes) |
| OPULENT TREASURES, INC.<br><br>Plaintiff,<br><br>v.<br><br>YA YA LOGISTICS, INC.,<br><br>Defendants. | |

1  Pursuant to the Court's October 8, 2024 Order (Dkt. No. 137), Defendants Ya Ya Creations, Inc. and Ya Ya Logistics, Inc. ("Defendants") submit this status report. Counsel for Defendants has met and conferred with Plaintiff's President Carol Wilson, but the parties have not reached a settlement. Because Plaintiff has not yet obtained new counsel, Defendants have not been able to discuss possible new dates for the final pretrial conference and jury trial, and an updated trial estimate.

Counsel for Defendants wishes to advise the Court that Defendants counsel is currently scheduled for a jury trial in the Eastern District of Texas commencing on January 27, 2025. That trial is expected to last at least one week.

Respectfully submitted:

Dated:  December 2, 2024        KARISH & BJORGUM, PC

By: _/s/  Marc A. Karish_
       Marc A. Karish

Attorneys for Plaintiff
YA YA CREATIONS, INC. and
Defendant YA YA LOGISTICS, INC.