UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 2:22-cv-06137-SSS-JCx | Date | February 13, 2025 |
|---|---|---|---|
| Title | Ya Ya Creations, Inc. v. Opulent Treasures, Inc. | | |

Present: The Honorable  SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER DENYING YA YA CREATIONS, INC.'S APPICATION TO SEAL [DKT. 94]**

Before the Court is an Application to File Records Under Seal in support of its Motion for Summary Judgment ("Application") filed by Plaintiff Ya Ya Creations, Inc. ("Ya Ya"). [Dkt. 94]. Previously, the Court denied without prejudice Ya Ya's Motion for Summary Judgment because parties reached a settlement agreement in principle. [Dkt. 140]. Accordingly, the Court **DENIES** as **MOOT** Ya Ya's Application. [Dkt. 94].

**IT IS SO ORDERED.**