March A. Karish (SBN 205440)
marc.karish@kb-ip.com
KARISH & BJORGUM, PC
119 E. Union Street, Suite B
Pasadena, CA 91103
Telephone: (213) 785-8070
Facsimile: (213) 995-5010

Bruce G. Chapman (SBN 164258)
bruce@orbitip.com
ORBIT IP, LLP
11400 W. Olympic Blvd., Suite 200
Los Angeles, CA 90064
Telephone: (310) 887-1333
Fax: (310) 887-1334

Attorneys for Plaintiff,
YA YA CREATIONS, INC, and
Defendant YA YA LOGISTICS, INC.

Robert D. Fish (SBN 149711)
rfish@fishiplaw.com
Joseph A. Andelin (SBN 274105)
jandelin@fishiplaw.com
FISH IP LAW, LLP
19900 MacArthur Blvd., Suite 810
Irvine, California 92612
Telephone: (949) 943-8300
Facsimile: (949) 943-8358

Attorneys for Defendant and Plaintiff,
OPULENT TREASURES, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YA YA CREATIONS, INC.,<br>　　　Plaintiff,<br>　　　　v.<br>OPULENT TREASURES, INC.,<br>　　　Defendant.<br>―――――――――――<br>OPULENT TREASURES, INC.,<br>　　　Plaintiff,<br>　　　　v.<br>YA YA LOGISTICS, INC.,<br>　　　Defendant. | **Case No. 2:22-cv-6137-SSS-JC**<br>*Consolidated with Case No. 2:22-cv-02616*<br><br>**JOINT STATUS REPORT**<br><br>Date: March 7, 2025<br>Time: 1:00pm<br>Courtroom: 2 (Judge Sykes) |

JOINT STATUS REPORT

## THE PARTIES' JOINT STATUS REPORT

The Parties submit this status report pursuant to the Court's February 4, 2025, Order (Dkt. 148). On October 8, 2024, the Court granted a Motion to Withdrawn filed by Opulent Treasure, Inc.'s prior counsel, John Kucera, after an in-camera hearing (Dkt. 137) based on a conflict of interest. On October 17, 2024, the Court denied Ya Ya Creations, Inc.'s Motion for Summary Judgment (Dkt. 86) in light of a potential settlement, and stated that Ya Ya may refile its Motion if the case does not settle (Dkt. 140). On January 6, 2025, new counsel for Opulent Treasures, Inc. filed a notice of appearance (Dkt. 145, 146).

On January 29, 2025, the Parties met to discuss settlement. The Parties determined that settlement was not possible because the Parties were too far apart regarding settlement terms. The Parties agreed that Ya Ya Creations, Inc.'s Motion for Summary Judgment should be decided to simplify issues for trial and to potentially move the Parties closer to settlement. The Parties also agreed that Ya Ya Creations, Inc.'s Motion could be decided based on the previously submitted briefing in the interest of judicial economy and to avoid the additional costs of re-briefing the issues.

During the discussion, counsel for Opulent Treasures, Inc., also notified opposing counsel that it intends to file a motion seeking leave to have its second Motion for Summary Judgment (Dkt. 87) heard, which was previously denied because Opulent Treasures, Inc.'s prior counsel failed to seek leave pursuant to the Court's Civil Standing Orders (Dkt. 98). Opulent Treasures, Inc., believes there is good cause because a decision on that second Motion will simplify issues for trial and will bring the Parties closer to settlement. Opulent Treasures, Inc., also believes there is good cause because its first Motion for Summary Judgment (Dkt. 65) was only thirteen pages, and the second Motion has already been fully briefed and could be decided without any additional briefing.

| | | |
|---|---|---|
| 1 | **Dated:** March 3, 2025 | **KARISH & BJORGUM, PC** |
| 2 | | By: */s/ March A. Karish* |
| 3 | | March A. Karish<br>Attorneys for Plaintiff YA YA CREATIONS, INC., and Defendant YA YA LOGISTICS, INC. |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | **Dated:** March 3, 2025 | **FISH IP LAW, LLP** |
| 8 | | By:   */s/Robert D. Fish* |
| 9 | | Robert D. Fish<br>Attorneys for Plaintiff and Defendant OPULENT TREASURES, INC. |

2
JOINT STATUS REPORT

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served on all counsel of record via the Court's CM/ECF system on March 3, 2025.

**Respectfully submitted,**

**FISH IP LAW, LLP**

**Dated:** March 3, 2025    By: /s/ *Joseph A. Andelin*
Joseph A. Andelin
Attorneys for Plaintiff and Defendant,
OPULENT TREASURES, INC.