Robert L. Kehr, State Bar No. 45424
E-Mail: robert.kehr@vrmlaw.com
VALENSI ROSE, PLC
1888 Century Park East, Suite 1100
Los Angeles, California 90067-1715
Telephone: (310) 277-8011
Facsimile: (310) 277-1706

Non-Party

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YA YA CREATIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>OPULENT TREASURES, INC.,<br><br>Defendant | Case No. 2:22-cv-06137-SSS-JC<br>*[Consolidated with No. 23-04292]*<br><br>**REQUEST TO BE REMOVED FROM NOTICE OF ELECTRONIC FILING** |
| OPULENT TREASURES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>YA YA LOGISTICS, INC.,<br><br>Defendant. | |

I no longer would like to receive notification of electronic filing in this case and request to be removed from the electronic service list.

DATED: March 3, 2025         VALENSI ROSE, PLC

By: _____
    Robert L. Kehr
    Non-Party

1225288.1                    -1-         REQUEST TO BE REMOVED FROM NOTICE OF ELECTRONIC FILING