cc: ADRCord

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 2:22-cv-02616-SSS-JCx<br>2:22-cv-06137-SSS-JCx | Date | March 5, 2025 |
|---|---|---|---|
| Title | *Opulent Treasures, Inc. v. Ya Ya Creations, Inc.*<br>*Ya Ya Creations, Inc. v. Opulent Treasures, Inc.* | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER DIRECTING PARTIES TO ADR PANEL MEDIATION**

   The Court is in receipt of parties' joint status report [Dkt. 151] and finds further mediation to be valuable. On July 10, 2024, parties participated in Court panel mediation session with Judge Mumm. [Dkt. 109]. On August 9, 2024, parties indicated that, following the mediation, parties had additional settlement discussions and reached an agreement in principle. [Dkt. 113]. Soon after counsel for Opulent Treasures, Inc. requested the Court's approval to withdraw from the case and on October 8, 2024, the Court granted counsel's request. [Dkt. 137]. On January 6, 2025, Opulent Treasures, Inc. noticed the appearance of new counsel. [Dkts. 145, 146].

   Now, parties indicate their intention to both file motions for summary judgment. [Dkt. 151 at 2]. However, because a settlement agreement in principle was reached previously, the Court finds judicial economy is best served by an additional mediation prior to the Court's review of the planned motions. Accordingly, the Court **DIRECTS** parties to schedule another Court panel

mediation **on or before May 23, 2025**.

 Additionally, parties are reminded the Court generally prohibits cross-motions for summary judgment that seek to adjudicate the same legal issues. [Dkt. 12, Civil Standing Order, at 16]. Further, if mediation is unsuccessful, the parties **SHALL** provide dates for the summary judgment briefing schedule, final pretrial conference, and jury trial, and an updated trial estimate **on or before June 6, 2025**.

 **IT IS SO ORDERED.**