Marc Karish (SBN 205440)
mkarish@orbitip.com
Oribit IP, LLP
11400 W. Olypic Blvd., Suite 200
Los Angeles, CA 90064

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Opulent Treasures, Inc.<br><br>v.<br><br>Ya Ya Creations, Inc.<br><br>Plaintiff(s) / Defendant(s) | CASE NUMBER:<br>2:22-cv-02616-SSS-JC<br>2:22-cv-06137-SSS-JC<br><br>**STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |

*NOTE: This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.*

**CHECK ONLY ONE BOX:**

☑ The parties stipulate that _____Paul Supnik_____ may serve as the Panel Mediator in the above-captioned case. _____ (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three hours. All parties and the Panel Mediator have agreed that the mediation will be held on ___May 8, 2025___ (Date) and counsel will submit mediation statements seven calendar days before the session.

☐ The parties request that ADR Program staff assign a Panel Mediator with expertise in the following area of law: _____

Dated: April 17, 2025          Robert D. Fish
                                Attorney For Plaintiff   Opulent Treasures, Inc.

Dated:                          
                                Attorney For Plaintiff

Dated: April 14, 2025          Marc Karish
                                Attorney For Defendant   Ya Ya Creations, Inc.

Dated: April 17, 2025          /s/ David Cooper
                                Attorney For Defendant   Balsa Circle, LLC

*Please attach additional sheets if needed to record all signatories, then file electronically using one of two events: "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Consent) - (ADR-2)" or "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Assigned) - (ADR-2)."*

ADR-02 (01/23)          **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR**