# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPULENT TREASURES, INC.,<br>　　　Plaintiff,<br>　　　　　v.<br>YA YA CREATIONS, INC., BALSA CIRCLE, LLC, et al.<br>　　　Defendants. | **Case No. 2:22-cv-02616-SSS-JC**<br>*Consolidated with Case No. 2:22-cv-6137 and Case No. 2:23-cv-04292* |
| YA YA CREATIONS, INC.,<br>　　　Plaintiff,<br>　　　　　v.<br>OPULENT TREASURES, INC.,<br>　　　Defendant. | **Case No. 2:22-cv-6137-SSS-JC**<br>*Consolidated with Case No. 2:22-cv-02616 and Case No. 2:23-cv-04292* |
| OPULENT TREASURES, INC.,<br>　　　Plaintiff,<br>　　　　　v.<br>YA YA LOGISTICS, INC., et al.<br>　　　Defendants. | **Case No. 2:23-cv-04292-SSS-JC**<br>*Consolidated with Case No. 2:22-cv-02616 and Case No. 2:22-cv-6137* |

JOINT STATUS REPORT

# THE PARTIES' JOINT STATUS REPORT

The Parties submit this status report pursuant to the Court's March 5, 2025, Order (Dkt. 155). The Parties attended mediation on May 8, 2025. Mediation was unsuccessful. The Parties met and conferred on June 2, 2025, to discuss a summary judgment briefing schedule, final pretrial conference date, jury trial date, and trial estimate.

**Summary Judgment Briefing Schedule**

The Parties' motions for summary judgment have already been fully briefed. Defendant Ya Ya Logistics filed its motion for summary judgment on March 8, 2024 (Dkt. 86). The motion sought summary judgment against all of Opulent Treasures' ("Opulent") claims in the first amended complaint in case no. 2:23-cv-04292 (Dkt. 14) for lack of admissible evidence. Opulent filed an opposition on March 22, 2024 (Dkt. 90). Ya Ya Logistics replied on March 29, 2024 (Dkt. 93). The Court denied the motion on October 17, 2024, in light of a potential settlement, and stated that Ya Ya Logistics may refile its motion if the case does not settle (Dkt. 140). Ya Ya Logistic's motion is ripe for determination on the merits.

Opulent filed its motion for partial summary judgment on March 8, 2024 (Dkt. 87). The motion sought summary judgment against Ya Ya Creations' claims in the complaint in case no. 2:22-cv-06137 (Dkt. 1) for misrepresentation under 17 U.S.C. §512(f), intentional interference with prospective economic advantage, violation of California's Unfair Competition Law, and declaratory relief of invalidity and non-infringement of Opulent's copyright registrations. Opulent's motion also sought summary judgment that Opulent's copyrights have a presumption of validity, and that Ya Ya Logistics is contributorily and/or vicariously liable for Ya Ya Creations' infringement due to joint ownership and control. Ya Ya Creations and Ya Ya Logistics filed an opposition on March 22, 2024 (Dkt. 89). Opulent replied on March 29, 2024 (Dkt. 92). The Court denied

1  the motion on April 24, 2024, because this was Opulent's second motion for
2  summary judgment and Opulent's prior counsel failed to seek leave to file a second
3  motion for summary judgment pursuant to the Court's Civil Standing Orders (Dkt.
4  98).
5      Opulent's first motion for summary judgment was filed on October 27, 2023
6  (Dkt. 65). That motion sought summary judgment against Ya Ya's counterclaim
7  for fraud in federal trademark registration under 15 U.S.C. §1120 in case no. 2:23-
8  cv-04292 (Dkt. 32). The Court granted the motion on January 23, 2024 (Dkt. 83),
9  based on the same reasoning as the Court's previous dismissal of Ya Ya's
10 counterclaim for fraud under 15 U.S.C. § 1120 in case no. 2:22-cv-02616 (Dkt.
11 227).
12     Opulent believes there is good cause to have its second motion for summary
13 judgment (Dkt. 87) adjudicated on the merits because it addresses different issues
14 than Ya Ya Logistics' motion for summary judgment (Dkt. 86), and will help to
15 simplify issues for trial. Opulent also believes its second motion for summary
16 judgment is justified given the unique and convoluted procedural history and
17 complexity of the cases. Opulent does not believe the Court will be unduly
18 burdened by its second motion for summary judgment because its first motion for
19 summary judgment was only 13 pages (Dkt. 65, pgs. 6-18) and was largely
20 duplicative of the summary motion in case no. 2:22-cv-02616 (Dkt. 108; Dkt 114),
21 its second motion for summary judgment is only 19 pages (Dkt. 87), and Ya Ya
22 Logistics' motion for summary judgment is only 8 pages (Dkt. 86). Opulent plans
23 to file a motion for leave to re-file its second motion for summary judgment by no
24 later than June 13, 2025. Ya Ya does not oppose this motion, so a full briefing
25 schedule is not required. The Parties agree to a hearing date of July 11, 2025, for
26 Opulent's motion for leave to re-file its second motion for summary judgment.
27     The Parties agree that, in the interests of judicial economy, the motions for
28 summary judgment should be decided based on the briefs already filed. As such, a

1 full briefing schedule is not required and the motions for summary judgment can
2 be decided as soon as reasonably practicable under the Court's current schedule.

3 **Final Pretrial Conference Date**
4 The Parties agree that the final pretrial conference date should be scheduled
5 for October 31, 2025.

6 **Jury Trial Date**
7 The Parties agree that trial should be scheduled to begin on November 17,
8 2025.

9 **Trial Estimate**
10 The Parties agree that trial should be scheduled for 5-7 days. The Parties
11 also agree that this estimate could be reduced, depending on the outcome of the
12 motions for summary judgment.

14 **Dated:** June 5, 2025            **ORBIT IP, LLP**
                                By:   /s/ March A. Karish
                                      Marc A. Karish (SBN 205440)
                                      11400 W. Olympic Blvd., Suite 200
                                      Los Angeles, CA 90064
                                      Telephone: 310-887-1333 Ext. 113
                                      Email: mkarish@orbitip.com
                                      Attorneys for Plaintiff and Defendant YA
                                      YA CREATIONS, INC., and Defendant
                                      YA YA LOGISTICS, INC.

22 **Dated:** June 5, 2025            **FISH IP LAW, LLP**
                                By:   /s/Robert D. Fish
                                      Robert D. Fish (SBN 149711)
                                      19900 MacArthur Blvd., Suite 810
                                      Irvine, CA 92612
                                      Telephone: 949-943-8300
                                      Email: rfish@fishiplaw.com
                                      Attorneys for Plaintiff and Defendant
                                      OPULENT TREASURES, INC.

| | | |
|---|---|---|
| **Dated:** June 5, 2025 | | **LAW OFFICES OF DAVID ALAN COOPER** |
| | By: | /s/David Cooper |
| | | David Cooper (SBN 190203) |
| | | 449 West Foothill Blvd., #511 |
| | | Glendora CA 91741 |
| | | Telephone: 818-416-9867 |
| | | Email: davidalancooper@aol.com |
| | | Attorney for Defendant |
| | | BALSA CIRCLE, LLC |

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served on all counsel of record via the Court's CM/ECF system on June 5, 2025.

                                    **Respectfully submitted,**

                                    **FISH IP LAW, LLP**

**Dated:** June 5, 2025         By: */s/ Joseph A. Andelin*
                                              Joseph A. Andelin
                                              Attorneys for Plaintiff and Defendant,
                                              OPULENT TREASURES, INC.