UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 2:22-cv-06137-SSS-JCx<br>2:22-cv-02616-SSS-JCx | Date | June 10, 2025 |
|---|---|---|---|
| Title | *Ya Ya Creations, Inc. v. Opulent Treasures, Inc., et al.*<br>*Opulent Treasures, Inc. v. Ya Ya Creations, Inc.* | | |

Present: The Honorable   SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):
None Present                                          None Present

**Proceedings:   (IN CHAMBERS) ORDER**

The Court is in receipt of parties' joint status report. [Dkt. 159]. The Court **DIRECTS** both Ya Ya Logistics and Opulent to seek leave of Court to formally request refiling parties' respective motions for summary judgment as required by this Court's Civil Standing Order. [Dkt. 12 at 16]. Any such request **SHALL** be filed by **noon on June 20, 2025** and **SET** for hearing on **June 27, 2025 at 1 p.m. via Zoom videoconference**.

**IT IS SO ORDERED.**