| | |
|---|---|
| 1 | Robert D. Fish (SBN 149711) |
| 2 | rfish@fishiplaw.com<br>Joseph A. Andelin (SBN 274105) |
| 3 | jandelin@fishiplaw.com<br>FISH IP LAW, LLP |
| 4 | 19900 MacArthur Blvd., Suite 810<br>Irvine, California 92612 |
| 5 | Telephone: (949) 943-8300<br>Facsimile: (949) 943-8358 |
| 6 | Attorneys for Plaintiff and Defendant,<br>OPULENT TREASURES, INC. |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPULENT TREASURES, INC.,<br>  Plaintiff,<br>    v.<br>YA YA CREATIONS, INC., BALSA CIRCLE, LLC, et al.<br>  Defendants. | **Case No. 2:22-cv-02616-SSS-JC**<br>*Consolidated with Case No. 2:22-cv-6137 and Case No. 2:23-cv-04292* |
| YA YA CREATIONS, INC.,<br>  Plaintiff,<br>    v.<br>OPULENT TREASURES, INC.,<br>  Defendant. | **Case No. 2:22-cv-6137-SSS-JC**<br>*Consolidated with Case No. 2:22-cv-02616 and Case No. 2:23-cv-04292* |
| OPULENT TREASURES, INC.,<br>  Plaintiff,<br>    v.<br>YA YA LOGISTICS, INC., et al.<br>  Defendants. | **Case No. 2:23-cv-04292-SSS-JC**<br>*Consolidated with Case No. 2:22-cv-02616 and Case No. 2:22-cv-6137* |

**DECLARATION OF JOSEPH A. ANDELN**

---

DECLARATION OF JOSEPH A. ANDELIN IN SUPPORT OF OPULENT'S MOTION FOR LEAVE TO FILE SECOND MOTION FOR SUMMARY JUDGMENT

I, Joseph A. Andelin, declare as follows:

1. I am an attorney licensed to practice law in all courts in the State of California and in this Court and one of the attorneys responsible for the representation of Plaintiff and Defendant, Opulent Treasures, Inc.

2. I make this declaration on personal knowledge and, if called upon to do so, I could and would competently testify to the truth and accuracy of the facts set forth below.

3. On June 2, 2025, counsel for Opulent Treasures, Inc., Ya Ya Creations, Inc., and Ya Ya Creations, Inc., held a telephone conference to discuss, among other things, Opulent's intention to file a motion for leave to file a second motion for summary judgment. On June 3, 2025, counsel for Ya Ya Creations, Inc., and Ya Ya Creations, Inc. stated in an email that they would not oppose Opulent's motion so long as Opulent merely seeks to refile its previous motion (Dkt. 87) without any changes.

I declare under penalty of perjury that the foregoing is true and correct. Executed June 11, 2025.

**DATED**: June 11, 2025

By:

**FISH IP LAW, LLP**

*/s/ Joseph A. Andelin*
Joseph A. Andelin, Esq. (SBN 274105)
Attorneys for Plaintiff and Defendant
OPULENT TREASURES, INC.

DECLARATION OF JOSEPH A. ANDELIN IN SUPPORT OF OPULENT'S MOTION FOR LEAVE TO FILE SECOND MOTION FOR SUMMARY JUDGMENT