Marc A. Karish (State Bar No. 205440)
marc.karish@kb-ip.com
Bruce G. Chapman (SBN 164258)
bruce.g.chapman@kb-ip.com
ORBIT IP, LLP
11400 W. Olympic Blvd., Suite 200
Los Angeles, CA 90064
Telephone: (310) 887-1333 Ext 113
Facsimile: (310) 887-1334

Attorneys for Defendant
and Counterclaim Plaintiff
YA YA LOGISTICS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPULENT TREASURES, INC.<br><br>Plaintiff,<br><br>v.<br><br>YA YA LOGISTICS, INC., HK JAYDEN TRADING, LTD., SUO VIVI also known as SUI HUI, an individual, and WIN BEST IMPORT AND EXPORT CO., LTD.,<br><br>Defendants. | Case No. 2:22-cv-6137-SSS-JC<br><br>*Consolidated with Case No. 2:22-cv-02616*<br><br>**DEFENDANT YA YA LOGISTICS, INC.'S NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION TO REQUEST HEARING OF PREVIOUSLY FILED MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  June 27, 2024<br>Time:  1:00 pm<br>Courtroom: 2 (Judge Sykes) |

**TO THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on June 27, 2025, at 1:00 p.m., in Courtroom 2 of the United States District Court for the Central District of California, located at the George E. Brown, Jr. Federal Building and U.S. Courthouse, at 3470 Twelfth Street, Riverside, California 92501-3801, Defendant Ya Ya Logistics, Inc. ("Ya Ya Logistics") hereby moves this Court to request hearing of its previously filed and fully briefed motion for summary judgment. (Dkt. No. 86.) The Parties are instructed to attend the hearing via Zoom videoconference pursuant to the Court's Order on June 11, 2025. (Dkt. No. 160.)

This motion is made following the conference of counsel that took place on June 2, 2025. (Declaration of Marc Karish, ¶ 2). This motion is based on this Notice of Motion and supporting Memorandum of Points and Authorities, and the Declaration of Marc Karish, and on such other written and oral argument as may be presented to the Court.

Dated: June 18, 2024                    Respectfully submitted,

**ORBIT IP, LLP**

By:  /s/Marc Karish
        Marc A. Karish

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendant Ya Ya Logistics filed a motion for summary judgment on March 8, 2024. (Dkt. No. 86.) This was Defendant Ya Ya Logistics' only motion for summary judgment and it was timely filed. The motion sought summary judgment against all of Plaintiff Opulent Treasures' claims against Ya Ya Logistics. The basis for the motion was that Opulent Treasures failed to serve any discovery or take any depositions regarding its claims; and failed to disclose any evidence in its possession regarding its claims. As a result, Opulent Treasures lacks any admissible evidence to support its claims. Opulent Treasures filed an opposition to Defendant's motion on March 22, 2024. (Dkt. No. 90.) Defendant Ya Ya Logistics filed its reply on March 29, 2024. (Dkt. No. 93.)

The Court denied Defendant Ya Ya Logistics' motion without prejudice on October 17, 2024, in light of a potential settlement between the parties. (Dkt. No. 140.) The parties had previously filed a joint status report stating they reached an "agreement in principle". (Dkt. No. 113). In its Order denying Defendant Ya Ya Logistics' motion without prejudice, the Court stated "if the case does not settle, Ya Ya may refile its Motion in compliance with this Court's Civil Standing Orders." (Dkt. No. 140.)

Unfortunately, the parties have been unable to settle this case and Ya Ya Logistics' motion for summary judgment should now be heard. The parties met and conferred on June 2, 2025 and agreed that in the interests of judicial economy, Ya Ya Logistics' motion for summary judgment should be decided based on the briefs already filed. (Declaration of Marc Karish, ¶2.) As such a full briefing schedule is not required and the motion for summary judgment can be decided as soon as reasonably practicable under the Court's current schedule.

//

//

Alternatively, should the Court require refiling of Defendant Ya Ya Logistics' motion for summary judgment, Ya Ya Logistics requests that the Court set a hearing date for Defendant's motion and allow Defendant to refile its previously filed motion for summary judgment.

## CONCLUSION

In view of the parties' inability to settle the case, Defendant Ya Ya Logistics requests that this Court hear its previously filed and fully briefed motion for summary judgment (Dkt. No. 86) or at least allow Defendant Ya Ya Logistics the opportunity to refile its previously filed motion for summary judgment.

Respectfully submitted:

Dated: June 18, 2024          ORBIT IP, LLP


By: _/s/ Marc A. Karish_
         Marc A. Karish

Attorneys for Defendant
and Counterclaim Plaintiff
YA YA LOGISTICS, INC.

## CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Defendant Ya Ya Logistics, Inc., hereby certifies that this brief contains 395 words, which complies with the word limit of L.R. 11-6.1

Dated: June 18, 2025                              Respectfully submitted,

**KARISH & BJORGUM, PC**

By:  */s/Marc Karish*
           Marc A. Karish

# CERTIFICATE OF SERVICE

A copy of Defendant Ya Ya Logistics, Inc.'s Notice of Unopposed Motion and Unopposed Motion To Request Hearing Of Previously Filed and Fully Briefed Motion for Summary Judgment was served upon the parties to this matter via the Court's CM/ECF system and via email on June 18, 2025.

*/s/ Marc A. Karish*