Marc A. Karish (SBN 205440)
marc.karish@kb-ip.com
Bruce G. Chapman (SBN 164258)
bruce.g.chapman@kb-ip.com
ORBIT IP, LLP
11400 W. Olympic Blvd., Suite 200
Los Angeles, CA 90064
Telephone: (310) 887-1333 Ext 113
Facsimile: (310) 887-1334

ATTORNEYS FOR DEFENDANT
YA YA LOGISTICS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPULENT TREASURES, INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>YA YA LOGISTICS, INC., HK JAYDEN TRADING, LTD., SUO VIVI also known as SUI HUI, an individual, and WIN BEST IMPORT AND EXPORT CO., LTD.,<br><br>　　　　Defendants. | Case No. 2:22-cv-6137-SSS-JC<br><br>*Consolidated with Case No. 2:22-cv-02616*<br><br>**DECLARATION OF MARC KARISH IN SUPPORT OF DEFENDANT YA YA LOGISTICS, INC.'S UNOPPOSED MOTION TO REQUEST HEARING OF PREVIOUSLY FILED MOTION FOR SUMMARY JUDGMENT**<br><br>Date:　June 27, 2024<br>Time:　1:00 pm<br>Courtroom: 2 (Judge Sykes) |

I, Marc A. Karish, do hereby declare that:

1. I am admitted to practice before this Court, and I represent defendant Ya Ya Logistics, Inc. ("Ya Ya Logistics") in this matter. I make this declaration on personal knowledge.

2. On June 2, 2025, I had a telephone conference with counsel for Opulent Treasures, Inc. to discuss, among other things, Ya Ya Logistics, Inc.'s intention to request that its previously filed motion for summary judgment (Dkt. No. 86) be heard. The parties agreed that, in the interest of judicial economy, Ya Ya Logistics, Inc.'s motion for summary judgment could be heard on the previously submitted papers.

I further declare subject to the penalty of perjury that the forgoing is true and correct. Executed this 18th day of June, 2025 at Pasadena, California.

*/s/ Marc A. Karish*

**CERTIFICATE OF SERVICE**

A copy of the Declaration Of Marc Karish In Support of Defendant Ya Ya Logistics, Inc.'s Unopposed Motion to Request Hearing of Previously Filed Motion for Summary Judgment was served upon the parties to this matter via the Court's CM/ECF system on June 18, 2025.

*/s/ Marc A. Karish*