Robert D. Fish (SBN 149711)
rfish@fishiplaw.com
Joseph A. Andelin (SBN 274105)
jandelin@fishiplaw.com
FISH IP LAW, LLP
19900 MacArthur Blvd., Suite 810
Irvine, California 92612
Telephone: (949) 943-8300
Facsimile: (949) 943-8358

Attorneys for Plaintiff and Defendant,
OPULENT TREASURES, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPULENT TREASURES, INC., <br>     Plaintiff, <br> v. <br> YA YA CREATIONS, INC., BALSA CIRCLE, LLC, et al. <br>     Defendants. | **Case No. 2:22-cv-02616-SSS-JC** <br> *Consolidated with Case No. 2:22-cv-6137 and Case No. 2:23-cv-04292* |
| YA YA CREATIONS, INC., <br>     Plaintiff, <br> v. <br> OPULENT TREASURES, INC., <br>     Defendant. | **Case No. 2:22-cv-6137-SSS-JC** <br> *Consolidated with Case No. 2:22-cv-02616 and Case No. 2:23-cv-04292* |
| OPULENT TREASURES, INC., <br>     Plaintiff, <br> v. <br> YA YA LOGISTICS, INC., et al. <br>     Defendants. | **Case No. 2:23-cv-04292-SSS-JC** <br> *Consolidated with Case No. 2:22-cv-02616 and Case No. 2:22-cv-6137* |
| | **OPULENT TREASURES, INC.'s SEPARATE STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Judge: Hon. Sunshine S. Sykes <br> Hearing Date: August 1, 2025 <br> Time: 2:00pm <br> Courtroom: 2 (Zoom videoconference) |

PURSUANT TO LOCAL RULE 56 AND THIS COURT'S SCHEDULING ORDER, COMES NOW PLAINTIFF AND COUNTER-DEFENDANT OPULENT TREASURES, INC. and submits this Separate Statement of Uncontroverted Facts and Conclusions of Law in Support of its Motion for Partial Summary Judgment.

| Undisputed Fact: | Evidence: |
|---|---|
| 1. Opulent owns a valid copyright registration for VA 2-298-980 for its Round Cake Stand. | 1. Declaration of Carol Wilson ("Wilson Decl."), ¶¶ 4–5, Exhibit A. |
| 2. Opulent owns a valid copyright registration for VA 2-299-360 for its Chandelier Cupcake Cake/Cupcake/Desert Stand. | 2. Wilson Decl., ¶¶ 4–5, Exhibit A. |
| 3. Opulent owns a valid copyright registration for VA 2-299-364 for its Chandelier Cupcake Stand. | 3. Wilson Decl., ¶¶ 4–5, Exhibit A. |
| 4. Opulent owns a valid copyright registration for VA 2-299-366 for its 3 Tier Chandelier Dessert Stand. | 4. Wilson Decl., ¶¶ 4–5, Exhibit A. |
| 5. Opulent owns a valid copyright registration for VA 2-304-222 for its Set of 3 Square Chandelier Dessert Stand, | 5. Wilson Decl., ¶¶ 4–5, Exhibit A. |
| 6. Opulent owns a valid copyright registration for VA 2-308-419 for its Round Cake Stand with Crystals. | 6. Wilson Decl., ¶¶ 4–5, Exhibit A. |
| 7. Opulent owns a valid copyright registration for VA 2-309-157 for its Moroccan Jeweled Cake Stand Set. | 7. Wilson Decl., ¶¶ 4–5, Exhibit A. |
| 8. Opulent owns a valid copyright registration for and VA 2-315-469 for its Blossom Display Arrangement. | 8. Wilson Decl., ¶¶ 4–5, Exhibit A. |

| | |
|---|---|
| 9. Illustration 1 depicts the visual images for Opulent's copyrighted designs ("Opulent Copyrights"). | 9. Wilson Decl., ¶ 4. |
| 10. The Opulent Copyrights are original artistic works. | 10. Wilson Decl., ¶¶ 3, 6–8. |
| 11. Opulent holds a good faith belief that the copyrights it owns are valid and enforceable. | 11. Wilson Decl., ¶ 5. |
| 12. Opulent holds a good-faith belief that Ya Ya Creations was infringing on its Copyright Designs and issued takedown notices to enforce its copyrights and prevent copyright infringement of its Copyright Designs. | 12. Wilson Decl., ¶¶ 11–14. |
| 13. Ya Ya Creations owns its warehouse in City of Industry, California. | 13. Deposition of Mitchell Su ("Su Depo."), 122:5–8. |
| 14. Ya Ya Logistics owns, manages, and maintains a warehouse in Florida. | 14. Su Depo., 116:15–16. |
| 15. ███████████ | 15. Su Depo., 102:12–24; 116:23–17:15; 126:14–27:1. |
| 16. Ya Ya Logistics serves as Ya Ya Creations' East Coast warehousing and shipping company. | 16. Su Depo., 116:15–16, 120:25–22:8 |
| 17. Ya Ya imports Accused Products from its China and Asia trading partners and inventories the Accused Products at both of Ya Ya's warehouses. | 17. Su Depo., 120:25–22:8; 127:2–8. |
| 18. Ya Ya Creations and Ya Logistics share the same CEO and owner, Mitchell Su. | 18. Su Depo., 25:21–26:1; 116:15–22. |
| 19. Mitchell Su is the 100% sole owner of both Ya Ya Creations and Ya Logistics | 19. Su Depo., 25:21–26:1; 116:15–22. |

3
OPULENT TREASURES, INC.'s SEPARATE STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. 2:22-cv-06137-SSS-JC

| | |
|---|---|
| 20. Mitchell Su oversees operations at both the Ya Ya Creations and Ya Ya Logistics warehouses. | 20. Su Depo., 107:2–10; 122:5–21. |
| 21. The Ya Ya entities were established on both coasts for the purpose of expediting shipping to customers across the country. | 21. Su Depo., 121:3–21. |
| 22. Ya Ya Logistics and Ya Ya Creations share physical warehousing space to store and distribute products | 22. Su Depo., 120:25–22:8; 127:2–8. |
| 23. ▮▮▮▮▮▮▮▮▮▮ | 23. Su Depo., 107:2–10; 122:5–21. |
| 24. After 2015, Mr. Su's wife, Annie Suo, took over the company's role as product buyer with general oversight by Mr. Su. | 24. Deposition of Annie Suo ("Suo Depo."), 17:24–18:2; 18:13–19:11; 21:11–23. |
| 25. ▮▮▮▮▮▮▮▮▮▮ | 25. Suo Depo., 21:11–23; Su Depo., 107:2–10; 122:5–21. |
| 26. The Ya Ya entities conduct their business with full knowledge and accordance with each other. | 26. Su Depo., 107:2–10; 120:25–22:8; 122:5–21; Suo Depo., 18:13–19:11; 21:11–23. |

## **PROPOSED CONCLUSIONS OF LAW**

1. Ya Ya Creations is not entitled to declaratory judgment because it cannot overcome the presumption of validity of Opulent's Copyrights. 17 U.S.C. § 410(c); *United Fabrics Int'l, Inc. v. C&J Wear, Inc.*, 630 F.3d 1255, 1257 (9th Cir. 2011).

2. There is no evidence sufficient to demonstrate a genuine issue of material fact that Opulent made misrepresentations in Violation of 17 U.S.C. section 512(f). *See, e.g., Rossi v. Motion Picture Ass'n of Am. Inc.*, 391 F.3d 1000, 1004 (9th Cir. 2004).

3. There is no evidence sufficient to demonstrate a genuine issue of material fact that Opulent violated California's Unfair Competition Law ("UCL") California Business & Professions Code section 17200. *See, e.g., Cel-Tech Commc'ns, Inc. v. Los Angeles Cellular Tel. Co.*, 20 Cal. 4th 163, 186–87 (1999).

4. There is no evidence sufficient to demonstrate a genuine issue of material fact that Opulent interfered with Ya Ya Creation Inc.'s prospective economic advantage. *See, e.g., Korea Supply Co. v. Lockheed Martin Corp.*, 29 Cal. 4th 1134, 1153 (2003).

5. There is no evidence sufficient to demonstrate a genuine issue of material fact that Opulent engaged in an independently wrongful act as required for a claim for interference with a prospective economic advantage. *See, e.g., Korea Supply Co. v. Lockheed Martin Corp.*, 29 Cal. 4th 1134, 1153 (2003).

6. The claims for interference with a prospective economic advantage and violation of UCL are preempted by federal law. *See e.g., Complex Media, Inc. v. X17, Inc.*, No. CV1807588SJOAGRX, 2019 WL 2896117, at *6 (C.D. Cal. Mar. 4, 2019); *Amaretto Ranch Breedables, LLC v. Ozimals, Inc.*, No. C 10-05696, 2011 WL 2690437, at *4 (N.D. Cal. 2011); *Lenz v. Universal Music Corp.*, No. C 07-03783 JF, 2008 WL 962102, at *4 (N.D. Cal. Apr. 8, 2008); *Online Policy Group v. Diebold*, 337 F. Supp. 2d 1195 (N.D. Cal. 2004).

7. Opulent owns valid copyrights on the Opulent Copyrights. 17 U.S.C. § 410(c); *United Fabrics Int'l, Inc. v. C&J Wear, Inc.*, 630 F.3d 1255, 1257 (9th Cir. 2011).

8. Ya Ya Logistics is vicariously or contributorily liable for any and all infringement committed by Ya Ya Creations. *Perfect 10, Inc. v. Visa Int'l Serv. Ass'n*, 494 F.3d 788, 795 (9th Cir. 2007).

Dated: July 10, 2024

Respectfully submitted,

By: _/s/ Robert D. Fish_
    Robert D. Fish, Esq. (SBN 149711)

Attorneys for Plaintiff and Counter-Defendant OPULENT TREASURES, INC.

6

OPULENT TREASURES, INC.'s SEPARATE STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. 2:22-cv-06137-SSS-JC