# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-299-360

**Effective Date of Registration:**
April 12, 2022
**Registration Decision Date:**
May 13, 2022

## Title

**Title of Work:** CHANDELIER CAKE / CUPCAKE / DESSERT STAND / CANDLEHOLDER

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** June 16, 2010
**Nation of 1st Publication:** United States

## Author

- **Author:** Opulent Treasures, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Opulent Treasures, Inc.
129 Lomita Street, El Segundo, CA, 90245, United States

## Rights and Permissions

**Organization Name:** Brozynski & Dalton, P.C.
**Name:** Katarzyna Brozynski
**Email:** kasia@bdlegalgroup.com
**Telephone:** (972)371-0679
**Address:** 5700 Tennyson Parkway
Suite 300
Plano, TX 75024 United States

Page 1 of 2

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-299-364**

**Effective Date of Registration:**
April 12, 2022
**Registration Decision Date:**
May 13, 2022

## Title

| | |
|---|---|
| **Title of Work:** | Chandelier Cupcake Stand or Candleholder with Crystals |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2006 |
| **Date of 1st Publication:** | August 15, 2006 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Opulent Treasures, Inc. |
| **Author Created:** | sculpture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Opulent Treasures, Inc. |
| | 129 Lomita Street, El Segundo, CA, 90245, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Brozynski & Dalton, P.C. |
| **Name:** | Katarzyna Brozynski |
| **Email:** | kasia@bdlegalgroup.com |
| **Telephone:** | (972)371-0679 |
| **Address:** | 5700 Tennyson Parkway |
| | Suite 300 |
| | Plano, TX 75024 United States |

## Certification

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-299-366

**Effective Date of Registration:**
April 12, 2022
**Registration Decision Date:**
May 13, 2022

## Title

**Title of Work:** 3 Tier Chandelier Dessert Stand with Crystals

## Completion/Publication

**Year of Completion:** 2008
**Date of 1st Publication:** February 13, 2008
**Nation of 1st Publication:** United States

## Author

- **Author:** Opulent Treasures, Inc.
**Author Created:** sculpture
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Opulent Treasures, Inc.
129 Lomita Street, El Segundo, CA, 90245, United States

## Rights and Permissions

**Organization Name:** Brozynski & Dalton, P.C.
**Name:** Katarzyna Brozynski
**Email:** kasia@bdlegalgroup.com
**Telephone:** (972)371-0679
**Address:** 5700 Tennyson Parkway
Suite 300
Plano, TX 75024 United States

## Certification

## Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-298-980

**Effective Date of Registration:**
April 11, 2022
**Registration Decision Date:**
May 11, 2022

---

## Title

**Title of Work:**  Round Cake Stand

## Completion/Publication

**Year of Completion:**  2006
**Date of 1st Publication:**  August 15, 2006
**Nation of 1st Publication:**  United States

## Author

- **Author:**  Opulent Treasures, Inc.
  **Author Created:**  sculpture
  **Work made for hire:**  Yes
  **Domiciled in:**  United States

## Copyright Claimant

**Copyright Claimant:**  Opulent Treasures, Inc.
129 Lomita Street, El Segundo, CA, 90245, United States

## Rights and Permissions

**Organization Name:**  Brozynski & Dalton, P.C.
**Name:**  Katarzyna Brozynski
**Email:**  kasia@bdlegalgroup.com
**Telephone:**  (972)371-0679
**Address:**  5700 Tennyson Parkway
Suite 300
Plano, TX 75024 United States

## Certification

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-304-222

**Effective Date of Registration:**
April 12, 2022
**Registration Decision Date:**
June 15, 2022

## Title

**Title of Work:** Set of 3 Square Chandelier Dessert Stand

## Completion/Publication

**Year of Completion:** 2008
**Date of 1st Publication:** February 13, 2008
**Nation of 1st Publication:** United States

## Author

- **Author:** Opulent Treasures, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Opulent Treasures, Inc.
129 Lomita Street, El Segundo, CA, 90245, United States

## Rights and Permissions

**Organization Name:** Brozynski & Dalton, P.C.
**Name:** Katarzyna Brozynski
**Email:** kasia@bdlegalgroup.com
**Telephone:** (972)371-0679
**Address:** 5700 Tennyson Parkway
Suite 300
Plano, TX 75024 United States

## Certification

## Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-308-419

**Effective Date of Registration:**
June 01, 2022
**Registration Decision Date:**
July 14, 2022

---

## Title

| | |
|---|---|
| **Title of Work:** | Round Cake Stand with Crystals |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2006 |
| **Date of 1st Publication:** | August 15, 2006 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Opulent Treasures, Inc. |
| **Author Created:** | sculpture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Opulent Treasures, Inc. |
| | 129 Lomita Street, El Segundo, CA, 90245, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Brozynski & Dalton, P.C. |
| **Name:** | Katarzyna Brozynski |
| **Email:** | kasia@bdlegalgroup.com |
| **Telephone:** | (972)371-0679 |
| **Address:** | 5700 Tennyson Parkway |
| | Suite 300 |
| | Plano, TX 75024 United States |

## Certification

---

Page 1 of 2

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-309-157

**Effective Date of Registration:**
June 20, 2022
**Registration Decision Date:**
July 19, 2022

---

## Title

Title of Work: Moroccan Jeweled Cake Stand Set

## Completion/Publication

Year of Completion: 2011
Date of 1st Publication: August 16, 2011
Nation of 1st Publication: United States

## Author

• Author: Opulent Treasures, Inc.
Author Created: sculpture
Work made for hire: Yes
Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Opulent Treasures, Inc.
129 Lomita Street, El Segundo, CA, 90245, United States

## Rights and Permissions

Organization Name: Brozynski & Dalton, P.C.
Name: Katarzyna Brozynski
Email: kasia@bdlegalgroup.com
Telephone: (972)371-0679
Address: 5700 Tennyson Parkway
Suite 300
Plano, TX 75024 United States

## Certification



**Copyright** | Public Records System        Home      Recent Records      Recent Searches      Name Directory      Help

Home / Search Results / Detail Record View

| Keyword ▼ | Search Copyright numbers, Name, Title, and more. | Search |

Advanced Search

## Detail record view

### Registration record VA0002315469

Copyright Catalog (1978 to present)



‹ Previous        Next ›

**Blossom Display Arrangement.**                    Share ‹        Actions ▼

| | |
|---|---|
| Registration Number / Date | VA0002315469 / 2022-08-05 |
| Type of Work | Visual Material |
| Title | Blossom Display Arrangement. |
| Application Title | Blossom Display Arrangement. |
| Date of Creation | 2013 |
| Date of Publication | 2013-03-29 |
| Copyright Claimant | Opulent Treasures, Inc. Address: 129 Lomita Street, El Segundo, CA, 90245, United States. |
| Authorship on Application | Opulent Treasures, Inc., Domicile: United States. employer for hire; Authorship: sculpture. |
| Rights and Permissions | Katarzyna Brozynski, Brozynski & Dalton, P.C., 5700 Tennyson Parkway, Suite 300, Plano, TX, 75024, United States, (972) 371-0679, kasia@bdlegalgroup.com |
| Description | Electronic file (eService) |
| Copyright Note | Basis for Registration: Registration based on pictorial and graphic art applied to useful article; useful article itself not copyrightable. 17 USC 101,102(a), and 113. |
| Nation of First Publication | United States |
| Names | Opulent Treasures, Inc. |



‹ Previous        Next ›

**Menu**
Home
Recent Records
Recent Searches
Name Directory
Help

**Resources**
Request Copies
Get a Search Estimate
FAQs

**Contact**
Contact Us
Feedback

**Copyright**
U.S. Copyright Office
101 Independence Ave S.E.
Washington, D.C. 20559-6000
(202) 707-3000 or
1 (877) 476-0788 (toll free)

**DISCLAIMER** This pilot is a demonstration and is not the final version of the Copyright Public Records System (CPRS). The CPRS pilot is intended to evaluate system functionality and identify any changes that should be implemented. This pilot does not replace or supersede the online public catalog or existing search practices established by the U.S. Copyright Office, and the results should not be relied on for legal matters. For information on searching copyright