Robert D. Fish (SBN 149711)
rfish@fishiplaw.com
Joseph A. Andelin (SBN 274105)
jandelin@fishiplaw.com
FISH IP LAW, LLP
19900 MacArthur Blvd., Suite 810
Irvine, California 92612
Telephone: (949) 943-8300
Facsimile: (949) 943-8358

Attorneys for Plaintiff and Defendant,
OPULENT TREASURES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPULENT TREASURES, INC.,<br>    Plaintiff,<br>         v.<br>YA YA CREATIONS, INC., BALSA CIRCLE, LLC, et al.<br>    Defendants. | **Case No. 2:22-cv-02616-SSS-JC**<br>*Consolidated with Case No. 2:22-cv-6137 and Case No. 2:23-cv-04292* |
| YA YA CREATIONS, INC.,<br>    Plaintiff,<br>         v.<br>OPULENT TREASURES, INC.,<br>    Defendant. | **Case No. 2:22-cv-6137-SSS-JC**<br>*Consolidated with Case No. 2:22-cv-02616 and Case No. 2:23-cv-04292* |
| OPULENT TREASURES, INC.,<br>    Plaintiff,<br>         v.<br>YA YA LOGISTICS, INC., et al.<br>    Defendants. | **Case No. 2:23-cv-04292-SSS-JC**<br>*Consolidated with Case No. 2:22-cv-02616 and Case No. 2:22-cv-6137*<br><br>**DECLARATION OF SAMANTHA PARRISH IN SUPPORT OF OPULENT TREASURES, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge: Hon. Sunshine S. Sykes<br>Hearing Date: August 1, 2025<br>Time: 2:00pm<br>Courtroom: 2 (Zoom videoconference) |

# DECLARATION OF SAMANTHA PARRISH

I, Samantha Parrish, declare and state as follows:

1. I am admitted to practice before this Court, and I represent Plaintiff/Counter-Defendant Opulent Treasures, Inc. ("Opulent") in this matter. I make this declaration based on personal knowledge.

2. Attached hereto as Exhibit A is a true and correct copy of portions of the transcript from the deposition of Mitchell Su, conducted in the related case, No. 2:22-cv-02616.

3. Attached hereto as Exhibit B is a true and correct copy of portions of the transcript from the deposition of Annie Suo, conducted in the related case, No. 2:22-cv-02616.

I declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct.

Executed on March 8, 2024, in Los Angeles, California.

             __/s/ Samantha Parrish_____
               Samantha Parrish