EXHIBIT A

REDACTED VERSION
PROPOSED TO BE
FILED UNDER SEAL

1

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**
**MITCHELL SU - June 9, 2022**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION


OPULENT TREASURES, INC.,                    CIVIL ACTION NO.

       Plaintiff,                          2:22-cv-02616-SVW-JC

  vs.

YA YA CREATIONS, INC.,

       Defendants.

_____



REMOTE 30(B)(6) DEPOSITION OF YAYA CREATIONS, INC. BY

AND THROUGH MITCHELL SU

THURSDAY, JUNE 9, 2022, 10:03 A.M.



(THIS TRANSCRIPT IS DESIGNATED AS CONFIDENTIAL PURSUANT

TO THE PROTECTIVE ORDER)



Reported remotely by Harry Alan Palter, California

CSR No. 7708, a Certified Stenographic Reporter

**CSI GLOBAL DEPOSITION SERVICES**
**972-719-5000**

25

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
MITCHELL SU - June 9, 2022

```
 1    question regarding how Ya Ya is compensating its

 2    lawyers?

 3          A     Yes.

 4          Q     How long Ya Ya has been in existence?

 5          A     Since we've changed to "Inc." That was

 6    back in approximately 2006.

 7          Q     So Ya Ya Creations, Inc., was formed

 8    sometime in 2006?

 9          A     Yes.

10          Q     And before 2006, was there another entity

11    that you owned?

12          A     Yes.  It was Ya Ya Creations -- I want to

13    say it's "LLC."  Yeah.  I don't remember the exact,

14    but I think it was "LLC" before that.

15          Q     And how long did you have that entity --

16    the LLC?

17          A     I don't remember.

18          Q     So since at least 2006, it's Ya Ya

19    Creations Inc.; correct?

20          A     Yes.

21          Q     Who are the owners of Ya Ya Creations,

22    Inc.?

23          A     Just Mitchell Su.

24          Q     You are 100 percent owner of

25    Ya Ya Crea --
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
MITCHELL SU - June 9, 2022

```
 1      A     Yes.

 2            MR. KARISH:  Let her finish the question.

 3   BY MS. BROZYNSKI:

 4      Q     Is Ya Ya Creations "S" corporation or "C"

 5   corporation?

 6      A     "S" corporation.

 7      Q     Have you ever signed Nondisclosure

 8   Agreement on behalf of your business?

 9      A     Yes.

10      Q     When and where -- under what

11   circumstances?

12      A     Oftentimes, we would -- Ah.  I think the

13   last time we signed it was back in 2020.  It was to

14   review another company's records.

15      Q     What company's records?

16      A     I -- it's a nondisclosure, so I can't

17   tell you.  But it was to -- an M & A transaction.

18      Q     Did the M & A transaction ever came --

19   did it ever come to fruition?

20      A     No.

21      Q     You never acquired that company?

22      A     No.

23      Q     Was it that you were going to acquire

24   that company, or the company was going to acquire

25   you?
```

102

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**
**MITCHELL SU - June 9, 2022**

```
 1    chain.

 2         Q      Gotcha.

 3         A      It's not a vendor -- it's how -- yeah.

 4         Q      In other words, you are sup -- supplying

 5    to your trading partner infringing products.  That's

 6    what you are telling me?

 7                MR. KARISH:  Objection.  Argumentative.

 8    Misstates facts not in evidence.

 9                THE WITNESS:  We are supplying the

10    product.  We are not infringing.

11    BY MS. BROZYNSKI:

12         Q      You are supplying Accused Products to

13    your trading partners; correct?

14         A      We're selling the product through these

15    channels.

16         Q      You are selling Accused Products to your

17    trading partners; correct?

18         A      These are channels.  I mean -- I don't

19    know why it's named "trading partners."  It's just a

20    field name.  These are just selling -- like,

21    efavormart, it's the website.  It's the channel.

22         Q      Okay.  Because efavormart and ehomemart

23    is your websites, basically; right?

24         A      Yes.

25         Q      Okay.  But Balsa Circle has website you
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
MITCHELL SU - June 9, 2022

```
 1      A      Yes.
 2      Q      And by the way, I never asked you:  What
 3  is your role -- formal title with Ya Ya Creations?
 4      A      I guess it's CEO.
 5      Q      You guess or you are CEO?
 6      A      I don't know how many roles I hold, but
 7  CEO is one of them.
 8      Q      Do you have any other roles than CEO?
 9      A      Officially on our HR, I'm named the
10  janitor.
11      Q      You -- you -- you clean desks, too?
12      A      I clean up every -- I clean up after
13  everyone.
14      Q      I'm sorry.
15             Who is Balsa Circle, again?
16      A      That's a customer.
17      Q      A trading partner?
18      A      That's a customer.
19      Q      Balsa Circle is listed on Exhibit 16, the
20  very first two entries, under column of "Trading
21  Partner"; is that correct?
22      A      That's a channel.  That's the channel
23  they are coming in through our system.  We just name
24  it "Balsa Circle."
25      Q      No.  You just named it "Trading
```

116

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**
**MITCHELL SU - June 9, 2022**

```
 1    Accused Products; correct?
 2         A      Related to Accused Products, no.
 3         Q      Was there any communication with
 4    Portofino, Amalfi, City Linens, or Event Décor that
 5    you know of about Opulent?
 6         A      No.
 7         Q      About Carol Wilson?
 8         A      No.
 9         Q      Are you aware that Mr. Karish represents
10    Lamps Plus?
11         A      Lamps Plus, yes.
12         Q      Did you have any communication with Lamps
13    Plus?
14         A      No.
15         Q      Who is Ya Ya Logistics, Inc.?
16         A      That's our Florida shipping company.
17         Q      When was this created?
18         A      I don't recall the exact date.  Should be
19    after 2017.
20         Q      Are you the 100 percent owner of the
21    company?
22         A      Yes, I am.
23         Q      What websites Ya Ya Creations operates
24    and owns?
25                MR. KARISH:  Objection.  Form.
```

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**
**MITCHELL SU - June 9, 2022**



1          THE WITNESS:  If you could restate your

2    question.

3          Are you talking about Ya Ya Creations or

4    Ya Ya Logistics?

5    BY MS. BROZYNSKI:

6        Q     Ya Ya Creations.

7        A     Ya Ya Creations.  efavormart,

8    tableclothsfactory, silkflowersfactory, ehomemart.

9        Q     Does Ya Ya sell Accused Products on all

10   four websites?

11       A     I do not recall the exact product

12   listings on ehomemart and silkflowersfactory.  It is

13   on tableclothsfactory and efavormart.  The other two

14   websites are kind of a trial.  So I'm not aware of

15   the exact item listings on there.

We test a

120

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
MITCHELL SU - June 9, 2022



```
20      Q      Is -- are items on tableclothsfactory.com
21   cheaper, as a general rule --
22      A      No.
23      Q      -- than efavormart?
24      A      No.
25      Q      What websites are owned or operated by
```

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**
**MITCHELL SU - June 9, 2022**

1    Ya Ya Logistics, Inc.?

2         A      Nothing.

3         Q      Ya Ya Logistics, Inc., doesn't have a

4    website?

5         A      Does not.

6         Q      And you said it's a shipping company?

7         A      Yes.

8         Q      Does it have a warehouse?

9         A      Yes.

10        Q      How big?

11        A      200,000 square feet.

12        Q      Why location in Florida?

13        A      Operationally, it makes sense.

14        Q      How so?

15        A      California and Florida -- east and west.

16        Q      So you basically cover all -- all markets

17   that's -- that's the goal?

18             MR. KARISH:  Objection.  Form.

19             THE WITNESS:  The goal is to ship the

20   order faster to the customer.

21   BY MS. BROZYNSKI:

22        Q      The shipments that come from H.K. Jayden

23   and Win Best from Asia, where do they go?

24        A      They can go to either warehouse.

25        Q      So Ya Ya Creations also have -- also has

122

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**
**MITCHELL SU - June 9, 2022**



```
 1    a warehouse?
 2         A      Ya Ya Creations owns all the inventory
 3    and uses the Ya Ya logistics warehouse.  The whole
 4    inventory.
 5         Q      But Ya Ya Creations have a warehouse?
 6         A      Ya Ya Creations has a warehouse, yes.
 7         Q      Where?
 8         A      California, City of Industry.
 9         Q      How big is the warehouse?
10         A      120,000 square feet.
11         Q      120,000?
12         A      Yes.
```

```
22         Q      Who is physically in Florida when you are
23    not in California?
24                MR. KARISH:  Objection.  Form.
25                THE WITNESS:  Typically in California --
```

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**
**MITCHELL SU - June 9, 2022**



1    have syndicated to Kmart, but that's not what we --

2    we signed up for.

3         Q    But you have no recollection when you

4    start selling products on Sears -- Accused Products?

5         A    (No audible response).

6         Q    What about Walmart?  Do you still sell

7    Accused Products on Walmart?

8         A    Yes.

9         Q    You didn't pull them; right?

10        A    No.

11        Q    Do you still sell Accused Products on

12   eBay?

13        A    Yes.

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**
**MITCHELL SU - June 9, 2022**

2      Q      What's the percentage of products --

3    Accused Products shipped to the warehouse in

4    California versus warehouse in Florida?

5      A      Again, I -- there's no way for me to give

6    you that.  This is a history of all five years?

7      Q      You don't know?

8      A      I don't know.

9      Q      Do you know of any instances of consumers

10   being confused as to the source of Accused Products?

11     A      No.

12     Q      Are you aware of any correspondence from

13   consumers being confused about the source of the

14   Accused Products?

15     A      No.

16     Q      In your organization, who would be on the

17   receiving end of these complaints, if they ever

18   came?

19     A      Our customer service department.

20     Q      And what does that customer service

21   department consist of, and who is at the top of that

22   department?

23            MR. KARISH:  Objection.  Form.

24            THE WITNESS:  It could be consisting of

25   customer service reps, and it would be under a

153

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**
**MITCHELL SU - June 9, 2022**

```
 1              CERTIFIED SHORTHAND REPORTER'S CERTIFICATE

 2

 3              I, Harry A. Palter, CSR No. 7708, Certified

 4    Shorthand Reporter for the State of California, do

 5    hereby certify:  That prior to being examined, the

 6    witness in the foregoing deposition, Mitchell Su, was

 7    duly sworn to testify the truth, the whole truth, and

 8    nothing but the truth; that said deposition was taken

 9    down by me stenographically and remotely in a readable

10    format at the time and place therein named; and that the

11    same is a true, correct, and complete transcript of said

12    deposition.

13              Before completion of the deposition, review

14    of the transcript [ ] was [X] was not requested.  If

15    requested, any changes made by the deponent (and

16    provided to the reporter) during the period allowed, are

17    appended hereto.

18              I further certify that I am not interested in

19    the outcome of the action.  In witness whereof, I have

20    hereunto subscribed my name.

21    Dated: 15th day of June, 2022

22

23

24    _____

25    HARRY ALAN PALTER, CSR No. 7708
```