# EXHIBIT B

1

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**
**NAN "ANNIE" SUO - June 8, 2022**

```
            IN THE UNITED STATES DISTRICT COURT

           FOR THE EASTERN DISTRICT OF TEXAS

                    MARSHALL DIVISION


  OPULENT TREASURES, INC.,          CIVIL ACTION NO.

         Plaintiff,                 2:21-cv-00313-JRG

     vs.

  YA YA CREATIONS, INC.,

         Defendants.
  _____




              REMOTE DEPOSITION OF NAN "ANNIE" SUO

              WEDNESDAY, JUNE 8, 2022, 10:05 A.M.


   (THIS TRANSCRIPT IS DESIGNATED AS CONFIDENTIAL PURSUANT

                   TO THE PROTECTIVE ORDER)



      Reported remotely by Harry Alan Palter, California

      CSR No. 7708, a Certified Stenographic Reporter
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
NAN "ANNIE" SUO - June 8, 2022

```
 1   guess, if you didn't have a title, what was your job
 2   when you first started at Ya Ya Creations?
 3        A    Also customer service rep.
 4        Q    How many other customer service reps were there
 5   at Ya Ya Creations when you started?
 6        A    That was ten years ago.  I would say four or
 7   five.
 8        Q    And how many -- approximately, how many
 9   employees were there at Ya Ya Creations when you
10   started?
11        A    I couldn't give you the exact number.
12             Are you -- you mean, that's including the
13   warehouse workers?
14             Is that including everybody on the payroll
15   or --
16        Q    Everybody on the payroll.  It could just be
17   approximate.  Doesn't have to be exact.
18        A    I would say 20 to 30.
19        Q    And at some point, did you move out of the
20   customer relations department?
21        A    Yes.  I transferred.
22        Q    Okay.  And when -- when did you transfer?
23        A    I became a buyer of Ya Ya Creations in 2015.
24        Q    What did you do as a buyer for Ya Ya Creations?
25        A    It's more like merchandising.  Picking up
```

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**
**NAN "ANNIE" SUO - June 8, 2022**

```
 1   product for the website, what to import, what we want to
 2   sell.
 3        Q    Did anybody help you with those job tasks?
 4        A    Can you be more particular on helping?  Like,
 5   do you mean there's -- I'm not sure --
 6        Q    Did you -- I'm sorry.  We're talking over each
 7   other, and that was my fault.  I apologize.
 8             Were you working under anybody -- did you
 9   have -- strike that.
10             Did you have a supervisor when you first
11   started as a buyer for Ya Ya Creations?
12        A    No.
13        Q    Were you the only person who was a buyer for
14   Ya Ya Creations in 2015?
15        A    Yes.
16        Q    Was there anybody that you reported to at Ya Ya
17   Creations when you started as a buyer in 2015?
18        A    Yes.  In 2015, I reported to the CEO, which is
19   Mitch Su.
20        Q    And was there anybody who was above Mr. Su at
21   Ya Ya Creations?
22        A    No.
23        Q    And did you say he was the COO or the CEO?
24        A    CEO.
25        Q    Did Mr. Su have any input into buying
```

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**
**NAN "ANNIE" SUO - June 8, 2022**

```
 1   merchandise for Ya Ya Creations?
 2       A    Is it -- you mean, during that year or --
 3       Q    Yeah.  It looks -- we'll start with 2015 when
 4   you started.  Correct.
 5       A    When I first started, he has some of the input,
 6   because I was doing training.  And now, after six
 7   months, I kind of -- I kind of just handle the entire
 8   style picking/purchasing by myself.
 9       Q    Was Mr. Su the buyer for Ya Ya Creations before
10   you started in that position in 2015?
11       A    Yes.
12       Q    And I think we established -- so 2015, you were
13   the only person who was acting as a buyer for Ya Ya
14   Creations; is that accurate?
15            MR. KARISH:  Objection.  Misstates the prior
16   testimony.
17            MR. DALTON:  Okay.
18   BY MR. DALTON:
19       Q    What was your answer?
20       A    (No response).
21       Q    Oh, Ms. Suo, at some point, sometimes
22   Mr. Karish might interject certain objections.  He's
23   just doing that to preserve certain objections at trial.
24            Unless he tells you not to answer a question,
25   you're obligated to answer my question as it was posed
```

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**
**NAN "ANNIE" SUO - June 8, 2022**

```
 1   you exact answer on that.
 2       Q   Do you think other people at Ya Ya Creations
 3   might have been acting as a buyer for Ya Ya at that same
 4   time?
 5       A   In my point of view, not really.
 6       Q   Who do you think might have been helping as a
 7   buyer for Ya Ya Creations in 2015?
 8       A   It would have been Mitch.
 9       Q   Anybody else?
10       A   No.  Not -- not I'm aware of.
11       Q   After 2015, were there other people who acted
12   as buyers for Ya Ya Creations?
13       A   It would be Mitch Su.
14       Q   How long did you -- are you still a buyer for
15   Ya Ya Creations?
16       A   Yes.
17       Q   So you've held that job from 2015 to the
18   present day; correct?
19       A   Yes.
20       Q   And during -- from 2015 to the present day, the
21   only person that you recall who might have helped you as
22   a buyer is Mitchell Su; correct?
23       A   Correct.
24       Q   Do you know what Mr. Su does in his capacity as
25   a buyer for Ya Ya Creations?
```

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**
**NAN "ANNIE" SUO - June 8, 2022**

```
 1          CERTIFIED SHORTHAND REPORTER'S CERTIFICATE
 2
 3          I, Harry A. Palter, CSR No. 7708, Certified
 4   Shorthand Reporter for the State of California, do
 5   hereby certify:  That prior to being examined, the
 6   witness in the foregoing deposition, Nan "Annie" Suo,
 7   was duly sworn to testify the truth, the whole truth,
 8   and nothing but the truth; that said deposition was
 9   taken down by me stenographically and remotely in a
10   readable format at the time and place therein named; and
11   that the same is a true, correct, and complete
12   transcript of said deposition.
13          Before completion of the deposition, review
14   of the transcript [ ] was [X] was not requested.  If
15   requested, any changes made by the deponent (and
16   provided to the reporter) during the period allowed, are
17   appended hereto.
18          I further certify that I am not interested in
19   the outcome of the action.  In witness whereof, I have
20   hereunto subscribed my name.
21   Dated: 14th day of June, 2022
22
23   [signature]
24   _____
25   HARRY ALAN PALTER, CSR No. 7708
```