1  Robert D. Fish (SBN 149711)
   rfish@fishiplaw.com
2  Joseph A. Andelin (SBN 274105)
   jandelin@fishiplaw.com
3  FISH IP LAW, LLP
   19900 MacArthur Blvd., Suite 810
4  Irvine, California 92612
   Telephone: (949) 943-8300
5  Facsimile: (949) 943-8358

6  Attorneys for Plaintiff and Defendant,
   OPULENT TREASURES, INC.

7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPULENT TREASURES, INC., <br>     Plaintiff, <br>     v. <br> YA YA CREATIONS, INC., BALSA CIRCLE, LLC, et al. <br>     Defendants. | **Case No. 2:22-cv-02616-SSS-JC** <br> *Consolidated with Case No. 2:22-cv-6137 and Case No. 2:23-cv-04292* |
| YA YA CREATIONS, INC., <br>     Plaintiff, <br>     v. <br> OPULENT TREASURES, INC., <br>     Defendant. | **Case No. 2:22-cv-6137-SSS-JC** <br> *Consolidated with Case No. 2:22-cv-02616 and Case No. 2:23-cv-04292* |
| OPULENT TREASURES, INC., <br>     Plaintiff, <br>     v. <br> YA YA LOGISTICS, INC., et al. <br>     Defendants. | **Case No. 2:23-cv-04292-SSS-JC** <br> *Consolidated with Case No. 2:22-cv-02616 and Case No. 2:22-cv-6137* |

**[PROPOSED] ORDER GRANTING OPULENT TREASURES, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Judge: Hon. Sunshine S. Sykes
Hearing Date: August 1, 2025
Time: 2:00pm
Courtroom: 2 (Zoom videoconference)

---

On August 1, 2025, Plaintiff/Counter-Defendant OPULENT TREASURES, INC. ("Opulent") Motion for Partial Summary Judgment came before the Court. The Court, having considered the Motion and finding no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law, GRANTS the Motion and Orders as follows:

(1) Summary judgment is GRANTED as to Ya Ya Creations, Inc.'s Count 1, Declaratory Relief, on the grounds that Opulent owns valid copyrights on the Opulent Copyrights;

(2) Summary judgment is GRANTED as to Ya Ya Creations, Inc.'s Count 2, Violation of 17 U.S.C. section 512(f);

(3) Summary judgment is GRANTED as to Ya Ya Creations, Inc.'s Count 3, Violation of California's Unfair Competition Law ("UCL") California Business & Professions Code section 17200; and

(4) Summary judgment is GRANTED as to Ya Ya Creations, Inc.'s Count 4, Interference with Prospective Economic Advantage.

The Court, finding there is no genuine issue of material fact as to the following issues, Orders summary judgment and makes the following findings of fact:

(1) Opulent owns valid and enforceable copyright registrations for the following copyrights: VA 2-298-980 for its Round Cake Stand, VA 2-299-360 for its Chandelier Cupcake Cake/Cupcake/Desert Stand, VA 2-299-364 for its Chandelier Cupcake Stand, VA 2-299-366 for its 3 Tier Chandelier Dessert Stand, VA 2-304-222 for its Set of 3 Square Chandelier Dessert Stand, VA 2-308-419 for its Round Cake Stand with Crystals, VA 2-309-157 for its Moroccan Jeweled Cake Stand Set, and VA 2-315-469 for its Blossom Display Arrangement (collectively, the "Opulent Copyrights"); and

(2) Ya Ya Logistics Inc. vicariously or contributorily liable for any and all infringement committed by Ya Ya Creations, Inc.

IT IS SO ORDERED.

Dated: _____

                                                                  SUNSHINE S. SYKES
                                                                  United States District Judge