Marc A. Karish (State Bar No. 205440)
marc.karish@kb-ip.com
Bruce G. Chapman (SBN 164258)
bruce.g.chapman@kb-ip.com
ORBIT IP, LLP
11400 W. Olympic Blvd., Suite 200
Los Angeles, CA 90064
Telephone: (310) 887-1333
Facsimile: (310) 887-1334

Attorneys for Defendant
and Counterclaim Plaintiff
YA YA LOGISTICS, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPULENT TREASURES, INC.<br><br>          Plaintiff,<br><br>   v.<br><br>YA YA LOGISTICS, INC., HK JAYDEN TRADING, LTD.; SUO VIVI also known as SUI HUI, an individual, and WIN BEST IMPORT AND EXPORT CO., LTD.,<br><br>          Defendants. | **Case No. 2:22-cv-6137-SSS-JC**<br><br>*Consolidated with Case No. 2:22-cv-02616 and Case No. 2:23-cv-04292*<br><br>**DEFENDANT YA YA LOGISTICS, INC.'S SEPARATE STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Sunshine S. Sykes<br>Hearing Date: August 1, 2025<br>Time: 2:00 pm<br>Courtroom: 2 (Zoom videoconference) |

1

PURSUANT TO LOCAL RULE 56 AND THIS COURT'S SCHEDULING
AND CASE MANAGEMENT ORDER, COMES NOW DEFENDANT YA YA
LOGISTICS, INC. ("Ya Ya Logistics") and submits this Separate Statement of
Uncontroverted Facts and Conclusions of Law in support of its motion for
summary judgment.

### STATEMENT OF UNCONTROVERTED FACTS

| Undisputed Fact: | Evidence: |
|---|---|
| 1.      Plaintiff Opulent Treasures, Inc. ("Opulent Treasures") alleges infringement of a single trademark on the Principal Register, U.S. Trademark Reg. No. 5,912,235, by sales of CHDLR_045 products of third-party Ya Ya Creations, Inc. | D.N. 14 (First Amended Complaint) at p. 18, ¶ 76. |
| 2.      Opulent Treasures alleges infringement of multiple common law trademarks by sales of certain products by third-party Ya Ya Creations, Inc. | D.N. 14 (First Amended Complaint) at ¶¶ 47, 99. |
| 3.      Opulent Treasures alleges infringement of several copyrights for which it first obtained registrations in 2022 by sales of certain products by third-party Ya Ya Creations, Inc. | D.N. 14 (First Amended Complaint) at ¶¶ 18, 65 and Exh A thereto. |
| 4.      Opulent Treasures has served no written discovery and taken no | Karish Dec., ¶ 2. |

2

| Undisputed Fact: | Evidence: |
| --- | --- |
| depositions with regard to this case against Ya Ya Logistics. | |
| 5.    Opulent Treasures' only response to Ya Ya Logistics' Interrogatory No. 10 asking Opulent Treasures to "describe in detail the complete factual and legal bases for YOUR contention that DEFENDANT has infringed any applicable copyrights" was "Opulent states that discovery is ongoing, and it will supplement its response to this Interrogatory at a later date." | Karish Dec., ¶ 3, Exh. A (Opulent Treasures Inc.'s Responses to Ya Ya Logistics, Inc.'s First Set of Interrogatories), p. 8, line 27 – p. 9, line 6. |
| 6.    Opulent Treasures never provided a further response to Ya Ya Logistics' Interrogatory No. 10, and no evidence supporting Opulent Treasures copyright claim against Ya Ya Logistics was ever disclosed. | Karish Dec., ¶ 4 |
| 7.    Opulent Treasures only response to Ya Ya Logistics' Interrogatory No. 1 asking Opulent Treasures to "describe in detail the complete factual and legal bases for YOUR contention that DEFENDANT | Karish Dec., ¶ 5, Exh. A (Opulent Treasures Inc.'s Responses to Ya Ya Logistics Inc.'s First Set of Interrogatories), p. 4, lines 6-14. |

3

| Undisputed Fact: | Evidence: |
|---|---|
| has infringed any applicable trademarks or trade dress under federal and state law" was "Opulent states that discovery is ongoing, and it will supplement its response to this Interrogatory at a later date." | |
| 8.    Opulent Treasures never provided a further response to Ya Ya Logistics' Interrogatory No. 1, and no evidence supporting Opulent Treasures trademark claim against Ya Ya Logistics was ever disclosed. | Karish Dec., ¶ 6. |
| 9.    Opulent Treasures' only response to Defendant's Interrogatory No. 11 asking Opulent Treasures to "describe in detail the complete factual and legal bases for YOUR contention that DEFENDANT committed counterfeiting" was "Opulent states that discovery is ongoing, and it will supplement its response to this Interrogatory at a later date." | Karish Dec., ¶ 7, Exh. A (Opulent Treasures Inc.'s Responses to Ya Ya Logistics, Inc.'s First Set of Interrogatories), p. 9, lines 8-15. |
| 10.    Opulent Treasures never provided a further response to Ya Ya Logistics' Interrogatory No. 11, and | Karish Dec., ¶ 8 |

DEFENDANT YA YA LOGISTICS, INC.'S SEPARATE STATEMENT OF UNCONTROVERTED FACTS AND
CONCLUSIONS OF LAW IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

| Undisputed Fact: | Evidence: |
|---|---|
| no evidence supporting Opulent Treasures' counterfeiting claim against Ya Ya Logistics was ever disclosed. | |
| 11.    Opulent Treasures refused to produce a single document in response to Defendant's requests for production. | Karish Dec., ¶ 9, Exh. B (Opulent Treasures Inc.'s Responses to Ya Ya Logistics, Inc.'s First Set of Requests for Production of Documents). |
| 12.    Opulent Treasures has produced no evidence that Ya Ya Logistics has stored, distributed, offered for sale, or advertised any of the products accused of infringing Opulent Treasures' alleged copyrights. | Karish Dec., ¶ 10. |
| 13.    Opulent Treasures has produced no evidence that Ya Ya Logistics has stored, distributed, offered for sale or advertised any of the products accused of infringing Opulent Treasures' alleged trademarks. | Karish Dec., ¶ 11. |
| 14.    Opulent Treasures has produced no evidence that Ya Ya Logistics has stored, distributed, offered for sale or advertised the products accused of being counterfeits of Opulent Treasures' U.S. Trademark | Karish Dec., ¶ 12. |

5

| Undisputed Fact: | Evidence: |
|---|---|
| Registration No. 5,912,235. | |
| 15.    Opulent Treasures has produced no evidence that Ya Ya Logistics was aware of any of Plaintiff's alleged trademarks or copyrights. | Karish Dec., ¶ 13. |
| 16.    Opulent Treasures has produced no evidence showing any damage as a result of Ya Ya Logistics, let any quantification of what those damages would be. | Karish Dec., ¶ 14. |

//

//

6

# PROPOSED CONCLUSIONS OF LAW

1.      There is no evidence sufficient to demonstrate a genuine issue of material fact that Ya Ya Logistics, Inc. infringed any alleged copyright of Opulent Treasures' either directly or indirectly.

2.      There is no evidence sufficient to demonstrate a genuine issue of material fact that Ya Ya Logistics, Inc. infringed any alleged trademark of Opulent Treasures' either directly or indirectly.


Respectfully submitted:

ORBIT IP, LLP


Date: July 10, 2025                    By:  _/s/ Marc Karish_____
                                       Marc Karish
                                       Attorneys for Defendant
                                       YA YA LOGISTICS, INC.

DEFENDANT YA YA LOGISTICS, INC.'S SEPARATE STATEMENT OF UNCONTROVERTED FACTS AND
CONCLUSIONS OF LAW IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

1

**CERTIFICATE OF SERVICE**

2

A copy of Defendant Ya Ya Logistics, Inc.'s Separate Statement of

3

Uncontroverted Facts and Conclusions of Law In Support of Its Motion for

4

Summary Judgment was served upon the parties to this matter via the Court's

5

CM/ECF system and via email on July 10, 2025.

6

*/s/ Marc A. Karish*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT YA YA LOGISTICS, INC.'S SEPARATE STATEMENT OF UNCONTROVERTED FACTS AND
CONCLUSIONS OF LAW IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT