1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

11

## CENTRAL DISTRICT OF CALIFORNIA

12
13    OPULENT TREASURES, INC.

14            Plaintiff,

15
16        v.

17    YA YA LOGISTICS, INC., HK

18    JAYDEN TRADING, LTD., SUO VIVI

19    also known as SUI HUI, an individual,

20    and WIN BEST IMPORT AND
      EXPORT CO., LTD.,

21

22            Defendants.

23

**Case No. 2:22-cv-6137-SSS-JC**

*Consolidated with Case No. 2:22-cv-02616 and Case No. 2:23-cv-04292*

**[PROPOSED] ORDER GRANTING DEFENDANT YA YA LOGISTICS, INC.'S MOTION FOR SUMMARY JUDGMENT**

Judge: Hon. Sunshine S. Sykes
Hearing Date:  August 1, 2025
Time:  2:00 pm
Courtroom: 2 (Zoom videoconference)

24
25
26
27
28

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THIS MATTER having come before the Court on Defendant Ya Ya
Logistics, Inc.'s Motion for Summary Judgment, and the Court having reviewed
the motion and supporting declaration, Plaintiff's opposition, Defendant's reply in
support and all subsequent pleadings filed in opposition to or in support thereof, as
well as the records and files of the case herein,

**IT IS HEREBY ORDERED** that Defendant's Motion for Summary
Judgment is **GRANTED**.

IT IS SO ORDERED.

DATED this _____ day of _____, 2025.

_____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT
COURT JUDGE

2

**CERTIFICATE OF SERVICE**

A copy of **[PROPOSED] ORDER GRANTING DEFENDANT YA YA LOGISTICS, INC.'S MOTION FOR SUMMARY JUDGMENT** was served upon the parties to this matter via the Court's CM/ECF system on July 10, 2025.

*/s/ Marc A. Karish*