1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OPULENT TREASURES, INC., <br> Plaintiff, <br> v. <br> YA YA CREATIONS, INC., BALSA CIRCLE, LLC, et al. <br> Defendants. | **Case No. 2:22-cv-02616-SSS-JC** <br> *Consolidated with Case No. 2:22-cv-6137 and Case No. 2:23-cv-04292* |
| YA YA CREATIONS, INC., <br> Plaintiff, <br> v. <br> OPULENT TREASURES, INC., <br> Defendant. | **Case No. 2:22-cv-6137-SSS-JC** <br> *Consolidated with Case No. 2:22-cv-02616 and Case No. 2:23-cv-04292* |
| OPULENT TREASURES, INC., <br> Plaintiff, <br> v. <br> YA YA LOGISTICS, INC., et al. <br> Defendants. | **Case No. 2:23-cv-04292-SSS-JC** <br> *Consolidated with Case No. 2:22-cv-02616 and Case No. 2:22-cv-6137* <br><br> **JOINT STATUS REPORT** <br><br> Date: December 19, 2025 <br> Time: 1:00pm <br> Courtroom: 2 (Judge Sykes) |

JOINT STATUS REPORT

# THE PARTIES' JOINT STATUS REPORT

The Parties submit this status report pursuant to the Court's November 3, 2025, Order (Dkt. 179).  The Parties have reached a settlement in principle and expect to finalize the terms of the settlement within the next 30 days. However, the parties would like to discuss the proposed terms with the court during the status conference scheduled on December 19, 2026.

Plaintiff Opulent Treasures Inc.'s Statement:

The Parties are proposing that the litigation settle with a financial walk-away and a cessation to stop selling four of the accused products.  The Parties are also proposing a separate license agreement for the remaining accused products.  The Parties would like clarification from the Court whether the licensing fee can be paid to Fish IP Law, LLP, with Fish IP withholding a licensing agent fee, and the remainder paid from Fish to the Court.

Defendant Ya Ya Creations, Inc.'s Statement

The parties are uncertain how to deal with the settlement in view of the lien filed by Opulent Treasures' prior counsel (Dkt. No. 178) and request the Court's assistance. Opulent Treasures and its former counsel dispute the validity and/or amount of the lien. Ya Ya Creations is a neutral stakeholder with no interest in the disputed funds. However, Ya Ya Creations may face multiple claims to the same settlement proceeds. Defendant is prepared to submit a motion to deposit settlement funds into the Court Registry pursuant to (FRCP 67 and LR 67-1). Ya Ya Creations would like the Court's guidance as to whether the Court is likely to grant a motion to deposit funds into the Court registry to facilitate settlement and to allow Opulent Treasures, its current counsel and its prior counsel to resolve any disputes about the deposited funds.

<u>Defendant Balsa Circle's Statement:</u>

  At this stage, Balsa Circle appears to be a passive participant with no involvement in the proposed settlement. However, Balsa Circle understands that the proposed settlement will resolve any claims against it.

**Dated:** December 5, 2025    **ORBIT IP, LLP**

           By: */s/ Marc A. Karish*
             Marc A. Karish (SBN 205440)
             11400 W. Olympic Blvd., Suite 200
             Los Angeles, CA 90064
             Telephone: 310-887-1333 Ext. 113
             Email: mkarish@orbitip.com
             Attorneys for Plaintiff and Defendant YA YA CREATIONS, INC., and Defendant YA YA LOGISTICS, INC.

**Dated:** December 5, 2025    **FISH IP LAW, LLP**

           By: */s/Robert D. Fish*
             Robert D. Fish (SBN 149711)
             19900 MacArthur Blvd., Suite 810
             Irvine, CA 92612
             Telephone: 949-943-8300
             Email: rfish@fishiplaw.com
             Attorneys for Plaintiff and Defendant OPULENT TREASURES, INC.

**Dated:** December 5, 2025    **LAW OFFICES OF DAVID ALAN COOPER**

           By: */s/David Cooper*
             David Cooper (SBN 190203)
             449 West Foothill Blvd., #511
             Glendora CA 91741
             Telephone: 818-416-9867
             Email: davidalancooper@aol.com
             Attorney for Defendant BALSA CIRCLE, LLC

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served on all counsel of record via the Court's CM/ECF system on December 5, 2025.

                                          **Respectfully submitted,**

                                          **FISH IP LAW, LLP**

**Dated:** December 5, 2025          By: */s/ Joseph A. Andelin*
                                                Joseph A. Andelin
                                                Attorneys for Plaintiff and Defendant,
                                                OPULENT TREASURES, INC.