BART DALTON (SBN 187930)
bart@bdlegalgroup.com
BROZYNSKI & DALTON PC
10250 Constellation Blvd.
Suite 2300
Los Angeles, California 90067
Tel: (310) 496-7061

Attorney for JUDGMENT CREDITOR AND LIEN CLAIMANT BROZYNSKI & DALTON PC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPULENT TREASURES, INC.,<br><br>   Plaintiff,<br><br> v.<br><br>YA YA CREATIONS, INC. et al.<br><br>   Defendants.<br><br>YA YA CREATIONS, INC.<br><br>   Plaintiff,<br><br> v.<br><br>OPULENT TREASURES, INC.,<br><br>   Defendant. | Case No. 2:22-cv-6137-SSS-JC<br><br>*Consolidated with Case No. 2:22-cv-2616-SSS-JCx*<br><br>**JUDGMENT CREDITOR AND LIEN CLAIMANT BROZYNSKI & DALTON, P.C.'S OBJECTION TO JOINT STATUS REPORT**<br><br>Date: December 19, 2025<br>Time: 1:00pm<br>Courtroom: 2 (Judge Sykes) |

Judgment Creditor and Lien Claimant Brozynski & Dalton, P.C. objects to Plaintiff Opulent Treasures Inc.'s proposed settlement described in the Joint Status Report (ECF No. 180), which de facto diverts funds from Brozynski & Dalton a priority creditor, to Opulent's current attorneys.

Opulent owes Brozynski & Dalton, P.C. more than $517,978.24 for unpaid legal fees, costs, and 10% accrued interest under judgments in both Texas and California. Despite these judgments, Opulent refuses to pay any portion towards satisfying this amount. Opulent is now asking the Court to approve a settlement that redirects funds to its own counsel rather than to Brozynski & Dalton.

In 2023, Brozynski & Dalton filed an arbitration claim against Opulent to recover fees and costs for its prior legal work for the company. Opulent responded by accusing Brozynski & Dalton of malpractice and breach of fiduciary duty. The case went to arbitration before a three-person panel in Dallas, Texas, in January 2024. The panel ruled unanimously in favor of Brozynski & Dalton and dismissed all of Opulent's counterclaims. Ex. 1.

Following arbitration, Brozynski & Dalton confirmed the award in Texas state court, obtaining a judgment for $444,033.12. Ex. 2. Brozynski & Dalton then domesticated this judgment in California under Code of Civil Procedure §1710.25. Ex. 3. On July 10, 2025, Brozynski & Dalton filed a notice of judgment lien in 2:22-cv-2616-SSS-JCx (Ex. 4 and ECF No. 341) and in consolidated Case No. 2:22-cv-6137-SSS-JCx (Ex. 5 and ECF No. 166). Opulent did not submit any exemption claim.

Brozynski & Dalton, as Opulent's judgment creditor, can use various methods to collect the amount owed. One option under California law is Code of Civil Procedure section 708.510, which allows a creditor to ask a court to order that any licensing fees a third party owes to a judgment debtor be assigned directly to the creditor.

Here, Opulent is proposing a settlement that would have Defendant Ya Ya Creations pay licensing fees to Opulent's counsel, who would then take a "licensing agent fee." ECF No. 180. Opulent does not explain why its counsel deserves this

fee or even why such a fee is necessary. If this fee is meant to cover unpaid legal fees, Opulent's counsel has not provided proof that it has a valid lien on those fees or that its lien takes priority over Brozynski & Dalton's lien. For these reasons, Brozynski & Dalton objects to any settlement that would divert funds owed under its judgment.

Dated: December 10, 2025

                                      BROZYNSKI & DALTON PC

                    By: */s/ Bart Dalton*
                         BART DALTON
                         Attorney for JUDGMENT CREDITOR
                         BROZYNSKI & DALTON PC

JUDGMENT CREDITOR AND LIEN CLAIMANT BROZYNSKI & DALTON, P.C.'S OBJECTION TO JOINT STATUS REPORT