BART DALTON (SBN 187930)
bart@bdlegalgroup.com
BROZYNSKI & DALTON PC
10250 Constellation Blvd.
Suite 2300
Los Angeles, California 90067
Tel: (310) 496-7061

Attorney for JUDGMENT CREDITOR
AND LIEN CLAIMANT BROZYNSKI
& DALTON PC

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPULENT TREASURES, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>YA YA CREATIONS, INC. et al.<br><br>　　　　　Defendants.<br><br>YA YA CREATIONS, INC.<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>OPULENT TREASURES, INC.,<br><br>　　　　　Defendant. | Case No. 2:22-cv-6137-SSS-JCx<br><br>*Consolidated with Case No. 2:22-cv-02616-SSS-JC*<br><br>**DECLARATION OF BART DALTON IN SUPPORT OF JUDGMENT CREDITOR AND LIEN CLAIMANT BROZYNSKI & DALTON, P.C.'S OBJECTION TO JOINT STATUS REPORT**<br><br>Date: December 19, 2025<br>Time: 1:00pm<br>Courtroom: 2 (Judge Sykes) |

1

DECLARATION OF BART DATON IN SUPPORT OF JUDGMENT CREDITOR AND LIEN
CLAIMANT BROZYNSKI & DALTON, P.C.'S OBJECTION TO JOINT STATUS REPORT

I, Bart Dalton declare as follows:

1. I am one of the attorneys representing Judgment Creditor and Lien Claimant Brozynski & Dalton, P.C., ("Brozynski & Dalton") in this matter. I am an active member in good standing of the State Bar of California. I have personal knowledge of the matters set forth in this declaration, or am informed and believe them to be true, and if called upon as a witness could and would testify competently to the matters herein

2. I make this declaration in support of Brozynski & Dalton's Objection to Joint Status Report.

3. Attached hereto as Exhibit 1 is a true and correct copy of the final award Brozynski & Dalton obtained against Opulent Treasures, Inc. in arbitration.

4. Attached hereto as Exhibit 2 is a true and correct copy of the Final Judgment on Arbitration Award confirming the arbitration final award in Texas state court.

5. Attached hereto as Exhibit 3 is a true and correct copy of Texas judgment domesticated in California state court.

6. Attached hereto as Exhibit 4 is a true and correct copy of ECF No. 341 filed in Case No. 2:22-cv-02616-SSS-JC.

7. Attached hereto as Exhibit 5 is a true and correct copy of ECF No. 166 filed in Case No. 2:22-cv-6137-SSS-JCx.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on December 10, 2025 in Plano, Texas.

By: */s/ Bart Dalton*
BART DALTON