# EXHIBIT 1

DocuSign Envelope ID: 58D5D379-5EBD-4CB1-96C5-E34B878EAB6E

JAMS

| | |
|---|---|
| BROZYNSKI & DALTON, PC, § § § § § § § § § § § § Claimant, v. OPULENT TREASURES, INC., and CAROL WILSON, an individual, Respondents. ------------------------------------------------------- OPULENT TREASURES, INC., and CAROL WILSON, an individual, Counter-Claimants, v. BROZYNSKI & DALTON, P.C., KASIA [SIC] BROZYNSKI, an individual, and BART DALTON, an individual, Counter-Respondents. | ARBITRATION NO. 5310000350 |

# FINAL AWARD

**Parties and Counsel:**  The parties are identified in the caption and are represented as follows:

> Katarzyna Brozynski
> Bart Dalton
> Eric Knudsen
> Brozynski & Dalton, PC
> 5700 Tennyson Parkway, Ste. 300
> Plano, Texas 75024
> Phone: 972-371-0679
> Emails: kasia@bdlegalgroup.com
> bart@bdlegalgroup.com
> eric@bdlegalgroup.com

1

Adrian J. Sawyer
Ivo M. Labar
Sawyer & Labar
1700 Montgomery St., Ste. 108
San Francisco, CA 94111
Phone: 415-262-3820
Emails: sawyer@sawyerlabar.com
labar@sawyerlabar.com

**Counsel for Claimants and Counter-Respondents, Brozynski & Dalton, PC., Katarzyna Brozynski and Bart Dalton**

Katie Kavanaugh
Boies Schiller & Flexner LLP
725 S. Figueroa Street, 31st Floor
Los Angeles, California 90017
Phone: 213-629-9040
Fax: 213-629-9022
Email: kkavanaugh@bsfllp.com

James Lee
Boies Schiller & Flexner LLP
30 South Pearl St.
Albany, New York 12207
Phone: 518-434-0600
Fax: 518-434-0665
Email: jlee@bsfllp.com

John van Loben Sels
Brittany Nobles
Thoits Law
400 Main Street, Ste. 250
Los Altos, California 94022
Phone: 650-327-4200
Emails: jvanlobensels@thoits.com
bnobles@thoits.com

**Counsel for Respondents and Counter-Claimants, Opulent Treasures, Inc., and Carol Wilson**

**Arbitrators:**

Lisbeth Bulmash, Esq.
JAMS
8401 N. Central Expressway, Suite 610
Dallas, Texas 75225
Telephone: 214-744-5267

                                              Hon. Glen Ashworth (Ret.)
                                              JAMS
                                              8401 N. Central Expressway, Suite 610
                                              Dallas, Texas 75225
                                              Telephone: 214-744-5267

                                              Hon. Vanessa G. Gilmore (Ret.)
                                              JAMS
                                              609 Main Street, Suite 3930
                                              Houston, Texas 77002
                                              Telephone: 713-651-1400

**Case Manager:**                       Hayley Prager
                                              JAMS
                                              8401 N. Central Expressway, Suite 610
                                              Dallas, Texas 75225
                                              Email: hprager@jamsadr.com
                                              Telephone: 314-326-4769

The Panel and undersigned Arbitrators, having been designated in accordance with the arbitration agreement entered into by the above-named parties, and having been duly sworn, and having duly heard the proofs and allegations of the Parties, each represented by counsel at evidentiary hearings held on January 15, 2024, through January 18, 2024, and having fully reviewed and considered all pleadings, briefs, evidence (both in person and affidavits), relevant case law and statutes, and having previously rendered an Interim Award dated February 21, 2024, which is confirmed, adopted, and incorporated as if fully set forth herein, does hereby issue this FINAL AWARD.

In in its Interim Award dated February 21, 2024, the Panel found that Respondent, Opulent Treasures, Inc. ("Opulent") breached its contract with Brozynski & Dalton, P.C., and awarded damages in the amount of $197,345 on Claimant's Breach of Contract claim. The Interim Award left open Claimant's request for attorney's fees and costs. Claimant filed an Application for Attorney's fees and costs on February 28, 2024. Respondents' filed Objections to Claimant's Request for Attorneys' Fees and Costs on March 8, 2024. Claimant filed a Reply Brief in Support of Application of Attorneys' Fees and Costs filed on March 14, 2024. The Panel reviewed the briefs, exhibits, and discussed the requests for attorney fees and costs. This Final Award incorporates by reference the Interim Award dated February 21, 2024, and constitutes the Final Award in this case.

The Panel awards attorney's fees to Sawyer & Labor in the amount of $87,734 and attorney's fees to Brozynski & Dalton, P.C. in the amount of $109,139 for a total award of attorney's fees in the amount of $196,873 to Claimant. The Engagement Agreement provides that arbitration costs and expenses are to be split equally and thus, arbitration costs are not awarded here.

The Panel awards Claimants' costs in the amount of $49,340. The total award of attorneys' fees and costs awarded is $246,213.

Post Award interest will accrue at the prevailing rate beginning with the entry of the Final Award.

### FINAL AWARD

For the foregoing reasons, it is Ordered that:

1) Brozynski & Dalton's Breach of Contract Claim against Opulent Treasures is GRANTED and they are awarded damages in the amount of $197,345;
2) Sawyer & Labor is awarded attorney fees in the amount of $87,734;
3) Brozynski & Dalton is awarded attorney fees in the amount of $109,139;
4) Brozynski & Dalton is awarded costs in the amount of $49,340;
5) Post award interest shall begin with the entry of the Final Award and accrue at the prevailing statutory rate;
6) Each party shall incur its own arbitration costs pursuant to the party's Engagement Agreements;
7) This Final Award resolves all issues submitted for decision in this proceeding and any other relief not expressly granted is DENIED.

IT IS SO ORDERED.

SIGNED this __28th__ day of March, 2024.

_____
Lisbeth M. Bulmash

_____
Judge Glen Ashworth [Ret.]

_____
Judge Vanessa Gilmore [Ret.]

4