# EXHIBIT 2

CAUSE NO. DC-24-05726

| | | |
|---|---|---|
| BROZYNSKI & DALTON, P.C., a Texas Professional Corporation, | § § § | IN THE DISTRICT COURT |
| Plaintiff, | § § § | |
| v. | § § | DALLAS COUNTY, TEXAS |
| OPULENT TREASURES, INC., a California Corporation, | § § § § | |
| Defendant. | § § | 68th JUDICIAL DISTRICT |

## FINAL JUDGMENT ON ARBITRATION AWARD

THIS COURT FINDS that:

- There are no grounds to vacate the arbitration award entered against Opulent Treasures, Inc. in favor of Brozynski & Dalton, P.C.

- Brozynski & Dalton, P.C. is entitled to its attorneys' fees and costs both as set forth in the Final Award and for the judicial confirmation proceedings before this Court.

The Court has ordered that the Final Award of Arbitration, rendered in JAMS Arbitration No. 5310000350, a copy of which is attached hereto as Exhibit A, and which incorporates by reference the Interim Award in the same proceeding, attached hereto as Exhibit B, is in all respects **CONFIRMED.**

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the terms of the Final Award of Arbitration are hereby entered as a Final Judgment in favor of Plaintiff/Arbitration

Claimant Brozynski & Dalton, P.C., against, Defendant/Arbitration Respondent Opulent Treasures, Inc., as follows:

| | |
|---|---|
| • Total Damages per Award of Arbitration: | $ 197,345.00 |
| • Arbitration Attorneys' Fees per Award of Arbitration: | $ 196,873.00 |
| • Costs per Award of Arbitration: | $ 49,340.00 |
| TOTAL MONETARY AWARD PER AWARD OF ARBITRATION: | $ 443,558.00 |

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that costs of Court for Brozynski & Dalton P.C.'s Application to Confirm the Award and of the proceedings subsequence to the application are taxed against Defendant in the following amounts:

| | |
|---|---|
| • Filing Fee for Petition & Application: | $ 350.00 |
| • Dallas County filing fee tax for Application to Confirm Arbitration Award | $ 10.12 |
| • Citation for Service: | $ 10.00 |
| • Service Fees (process Server): | $ 115.00 |
| TOTAL COSTS OF COURT: | $ 475.12 |

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the reasonable fees incurred by Plaintiff in pursuing this confirmation are awarded against Defendant in the following amount: $_____.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the reasonable fees incurred by Plaintiff in case of pursuing post judgment discovery are awarded against Defendant in the following amount: $25,000 plus costs of such discovery. a successful

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that in case of appeal to the Texas Court of Appeals, the attorney's fees in the amount of $20,000 and costs of such appeal are awarded against Defendant.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that in case of appeal to the Texas Supreme Court, the attorney's fees in the amount of $15,000 and costs of such appeal are awarded against Defendant.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that post award interest on the total monetary award per award of arbitration, beginning March 28, 2024, accrues at the prevailing statutory rate until the full amount of the Judgment is paid by Defendant to Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that post-judgment interest on the total sums set forth herein other than the monetary award per award of arbitration shall accrue at the prevailing statutory rate until the full amount of the Judgment is paid by Defendant to Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all necessary writs shall issue for the enforcement of this judgment.

IT IS SO ORDERED.

Signed this ____ day of _____, 2024.

_____
JUDGE PRESIDING