# EXHIBIT 3

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>825 Maple Avenue, Torrance CA 90503 | **FILED**<br>Superior Court of California<br>County of Los Angeles<br>10/09/2024<br>David W. Slayton, Executive Officer / Clerk of Court<br>By: _____C. Nava_____ Deputy |
| PLAINTIFF/PETITIONER:<br>Brozynski & Dalton, P.C., a Texas Professional Corporation | |
| DEFENDANT/RESPONDENT:<br>Opulent Treasures, Inc., a California Corporation | |
| **JUDGMENT BASED ON SISTER-STATE JUDGMENT**<br>(Code Civ. Proc., § 1710.25) | CASE NUMBER:<br>24TRCP00385 |

Electronically Received 10/09/2024 02:01 PM

An application has been filed for entry of judgment based upon judgment entered in the State of:
Texas

Pursuant to Code of Civil Procedure section 1710.25, judgment is hereby entered in favor of plaintiff/judgment creditor
Brozynski & Dalton, P.C., a Texas Professional Corporation

and against defendant/judgment debtor
Opulent Treasures, Inc., a California Corporation

For the amount shown in the application remaining unpaid under said Judgment in the sum of
$ 442,931.17_____, together with interest on said Judgment in the sum of $ 20,221.22 (as of 10/10/24), Los Angeles Superior Court filing fees in the sum of $ 435.00_____, costs in the sum of $ 27.27_____, and interest on said judgment accruing from the time of entry of Judgment at the rate provided by law.

DAVID W. SLAYTON, Executive Officer/Clerk of Court

Dated: 10/09/2024        By: _____C. NAVA_____
                               Deputy Clerk

## CERTIFICATE OF MAILING

I, the below named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the **Judgment Based on Sister-State Judgment (Code Civ. Proc., § 1710.25)** upon each party or counsel named below by depositing in the United States mail at the courthouse in _____, California, one copy of the original filed herein in a separate sealed envelope for each address as shown below with the postage thereon fully prepaid.

DAVID W. SLAYTON, Executive Officer/Clerk of Court

Dated: 10/09/2024        By: _____C. NAVA_____
                               Deputy Clerk

LASC LACIV 209 Rev. 01/23     **JUDGMENT BASED ON SISTER-STATE JUDGMENT**      Code Civ. Proc., § 1710.25
For Optional Use                       (Code Civ. Proc., § 1710.25)