# EXHIBIT 5

BART DALTON (SBN 187930)
bart@bdlegalgroup.com
BROZYNSKI & DALTON PC
10250 Constellation Blvd.
Suite 2300
Los Angeles, California 90067
Tel: (310) 496-7061

Attorney for JUDGMENT CREDITOR
BROZYNSKI & DALTON PC

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OPULENT TREASURES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>YA YA CREATIONS, INC. et al.<br><br>Defendants.<br>___<br>YA YA CREATIONS, INC.<br><br>Counter-Claimant,<br><br>v.<br><br>OPULENT TREASURES, INC.,<br><br>Counter-Defendant. | Case No. 2:22-cv-02616-SSS-JCx<br><br>*Consolidated with Case No. 2:22-cv-6137-SSS-JCx*<br><br>**NOTICE OF JUDGMENT LIEN** |

NOTICE OF JUDGMENT LIEN

PLEASE TAKE NOTICE that a lien has been created under California Code of Civil Procedure §§708.410-480 in this proceeding, Case No. 2:22-cv-02616-SSS-JCx, and the consolidated proceeding, Case No. 2:22-cv-6137-SSS-JCx, pending in the United States District Court for the Central District of California.

Brozynski & Dalton PC ("Brozynski & Dalton"), Judgment Creditor in the matter of *Brozynski & Dalton PC v. Opulent Treasures, Inc.*, Case No. 24TRCP00385 in the Superior Court of California, County of Los Angeles, has obtained a money judgment against Judgment Debtor Opulent Treasures, Inc. for $463,614.66 plus accruing interest, entered on October 9, 2024. As of July 10, 2025, the time this notice is filed, the amount required to satisfy Judgment Creditor Brozynski & Dalton's money judgment, including interest, is $498,417.51.

The addresses of Judgement Creditor Brozynski & Dalton are 10250 Constellation Blvd., Suite 2300, Los Angeles, California 90067, and 5700 Tennyson Parkway, Suite 300, Plano, Texas 75024.

The last known address of Judgement Debtor Opulent Treasures, Inc. is 129 Lomita Street, El Segundo, CA 90245.

Judgement Creditor Brozynski & Dalton's lien attaches to:

1. Any cause of action of Opulent Treasures, Inc. that is the subject of these proceedings; and

2. Any rights of Opulent Treasures, Inc. to money or property under any judgment procured in these proceedings.

No compromise, dismissal, settlement, or satisfaction of the pending action or proceeding or any of the Judgment Debtor's rights to money or property under any judgment procured therein may be entered into by or on behalf of Judgment Debtor.

Judgment Debtor may not enforce its rights to money or property under any judgment procured in the action or proceeding by a writ or otherwise, unless one of

the following requirements is satisfied:

(1) The prior approval by order of the court in which the action or proceeding is pending has been obtained.

(2) The written consent of Judgment Creditor Brozynski & Dalton PC has been obtained or Judgment Creditor Brozynski & Dalton PC has released the lien.

(3) The money judgment of Judgment Creditor Brozynski & Dalton PC has been satisfied.

Judgment Debtor Opulent Treasures, Inc. may claim an exemption for all or any portion of the money or property within 30 days after Judgment Debtor Opulent Treasures, Inc. has notice of the creation of the lien. If the exemption is not claimed within the time allowed, the exemption is waived.

Attached hereto as Exhibit A is an abstract of the judgment.

Dated: July 10, 2025

                         BROZYNSKI & DALTON PC

                    By: */s/ Bart Dalton*
                         BART DALTON
                         Attorney for JUDGMENT CREDITOR
                         BROZYNSKI & DALTON PC