# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No(s). | 2:22-cv-02616-SSS-JCx <br> 2:22-cv-06137-SSS-JC | Date | January 9, 2026 |
| Title | *Opulent Treasures, Inc. v. Ya Ya Creations, Inc.* <br> *Ya Ya Creations, Inc. v. Opulent Treasures, Inc., et al.* | | |

Present: The Honorable   SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | RS-CS-2 |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Joseph Aaron Andelin <br> Robert D. Fish | Marc Karish <br> David Alan Cooper |

**Proceedings:** ZOOM VIDEO STATUS CONFERENCE

Counsel state their appearances. The Court confers with counsel regarding the issue presented in the parties' joint report. [Dkt. 180]. After discussions with counsel, the Court sets a further status conference on February 13, 2026, at 1:00 p.m., via Zoom videoconference. Any update shall be provided to the Court by February 6, 2026, via a joint report.

**IT IS SO ORDERED.**

Time (22-2616):  00:08
Time (22-6137):  00:08
Initials of Preparer: iva