**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OPULENT TREASURES, INC., <br>     Plaintiff, <br>         v. <br> YA YA CREATIONS, INC., BALSA CIRCLE, LLC, et al. <br>     Defendants. | **Case No. 2:22-cv-02616-SSS-JC** <br> *Consolidated with Case No. 2:22-cv-6137 and Case No. 2:23-cv-04292* |
| YA YA CREATIONS, INC., <br>     Plaintiff, <br>         v. <br> OPULENT TREASURES, INC., <br>     Defendant. | **Case No. 2:22-cv-6137-SSS-JC** <br> *Consolidated with Case No. 2:22-cv-02616 and Case No. 2:23-cv-04292* |
| OPULENT TREASURES, INC., <br>     Plaintiff, <br>         v. <br> YA YA LOGISTICS, INC., et al. <br>     Defendants. | **Case No. 2:23-cv-04292-SSS-JC** <br> *Consolidated with Case No. 2:22-cv-02616 and Case No. 2:22-cv-6137* <br><br> **DEFENDANTS YA YA CREATIONS, INC., YA YA LOGISTICS, INC. AND BALSA CIRCLE, LLC'S STATUS REPORT** <br><br> Date: February 13, 2026 <br> Time: 1:00pm <br> Courtroom: 2 (Judge Sykes) |

## **DEFENDANTS YA YA CREATIONS, INC., YA YA LOGISTICS, INC. AND BALSA CIRCLE, LLC'S STATUS REPORT**

Defendants Ya Ya Creations, Inc. Ya Ya Logistics, Inc. and Balsa Circle, LLC ("Defendants") submit this status report pursuant to the Court's January 9, 2026 Order (Dkt. 185). Defendants attempted to get Plaintiff Opulent Treasures to join in this status report, but did not receive a response.

The Parties have reached a settlement in principle and a settlement agreement has been circulated for signature. Defendants have signed the settlement agreement, but have not received an executed settlement agreement from Opulent Treasures. Defendants expect Opulent Treasures to execute the settlement agreement prior to the February 13, 2026 hearing.

However, should the settlement agreement not be executed by Opulent Treasures prior to the scheduled February 13, 2026 hearing, then Defendants respectfully request that the Court set these cases for trial. Defendants suggest a final pretrial conference date at least four (4) months away and that the deadlines for motions in limine and trial filings be set back from the pretrial conference date in accordance with the Court's standing civil trial order.

**Dated:** February 6, 2026

**ORBIT IP, LLP**

By: */s/ Marc A. Karish*
Marc A. Karish (SBN 205440)
11400 W. Olympic Blvd., Suite 200
Los Angeles, CA 90064
Telephone: 310-887-1333 Ext. 113
Email: mkarish@orbitip.com
Attorneys for Plaintiff and Defendant YA YA CREATIONS, INC., and Defendant YA YA LOGISTICS, INC.

| | | |
|---|---|---|
| **Dated:** February 6, 2026 | | **LAW OFFICES OF DAVID ALAN COOPER** |
| | By: | */s/David Cooper* |
| | | David Cooper (SBN 190203) |
| | | 449 West Foothill Blvd., #511 |
| | | Glendora CA 91741 |
| | | Telephone: 818-416-9867 |
| | | Email: davidalancooper@aol.com |
| | | Attorney for Defendant |
| | | BALSA CIRCLE, LLC |

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served on all counsel of record via the Court's CM/ECF system on February 6, 2026.

                                        **Respectfully submitted,**

                                        **ORBIT IP, LLP**

**Dated:** February 6, 2026      By:   */s/ Marc A. Karish*
                                              Marc A. Karish (SBN 205440)
                                              Attorneys for Plaintiff and Defendant YA YA CREATIONS, INC., and Defendant YA YA LOGISTICS, INC.