JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPULENT TREASURES, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>YA YA CREATIONS, INC., BALSA CIRCLE, LLC, LEILANI WHOLESALE, CHAIR COVER FACTORY, INC., AND CHICAGO CHAIR COVERS, INC.<br><br>    Defendants. | Consolidated Case Nos.:<br>   2:22-cv-02616-SSS-JC and<br>   2:22-cv-06137-SSS-JCx<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Sunshine Sykes |
| YA YA CREATIONS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>OPULENT TREASURES, INC.,<br><br>    Defendant. | Pretrial Conference: N/A<br>Trial Date: N/A |
| OPULENT TREASURES, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>YA YA LOGISTICS, INC., et al.,<br><br>    Defendants. | |

1    The parties having so stipulated and agreed. It is hereby SO ORDERED.

2  Case 2:22-cv-06137-SSS-JCx is hereby DISMISSED with prejudice and without

3  an award of costs or fees to any party.

4    IT IS SO ORDERED.

5

6  Dated this 11th day of February, 2026.

7

8    _____

9        Honorable Sunshine Sykes
        United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

ORDER OF DISMISSAL